Double Sided
Document

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA

FILED

NOV 0 8 2023

U.S. DISTRICT COURT-WVND
CLARKSBURG. WV 26301

ANTHONY L. FLETCHER,

   PLAINTIFF,

   V.

CASE No. 3:23 CV-230

UNITED STATES ATTORNEY GENERAL
MERRICK B. GARLAND, UNITED STATES
DEPARTMENT OF JUSTICE, FEDERAL
BURAEU OF PRISONS; F.C.I. GILMER
WARDEN R. BROWN, C/O CAPTAIN ROANE,
C/O LT. AVREY, C/O LT. A. AYERS, C/O TAYLOR, C/O PEICE,
C/O ALDRIDGE, C/O SMEARR, C/O GUMP, C/O HUDSON,
C/O S. EVANS, C/O J. WELCH; FEDERAL
TRANSFER CENTER OAKLAHOMA CITY
WARDEN JOHN DOE #1, HEALTH SERVICES
ADMINISTRATOR STOLYZAK, S.I.S.
DEPARTMENT, ASSISTANT WARDEN
OF OPERATIONS; F.C.I. TERRE HAUTE
WARDEN T. RULE, C/O CAPTAIN DEUSCH,
C/O LT. MACKELLAR, C/O LT. D. BURLESON,
C/O LT. PUTTOFF, C/O BOYER, C/O BAIL,
C/O M. VANSICKLE, C/O B. GREENE, C/O
STORMENT, C/O DICKEY, C/O J. BRADLEY,
UNION HOSPITAL OF TERRE HAUTE,
DOCTOR AARON GOSHINSKA, DOCTOR
ELIZABETH TRUEBLOOD, D.S.C.C.,
            DEFENDANTS.

AMOUNT:

$ 306,475,000.00
PLUS COURT COST AND FEES

# CIVIL RIGHTS COMPLAINT

FOR GOVERNMENT CORRUPTION IN
THE SEX OFFENDER SHAME, EXPLOITATION,
SEGREGATION, RACKETEERING, AND FEDERAL
PRISON EMPLOYEE LYNCHING INDUSTRY

Now COMES PLAINTIFF, IN THE PROPER PERSON OF Anthony L. Fletcher PURSUANT TO 42 USC, SECTION 1985(2)(3), 42 USC, SECTION 1983; 18 USC, SECTION 1961-68; THE FEDERAL INTERSTATE AND FOREIGN COMMERCE STATUTE AT 18 UNITED STATES CRIMINAL CODE; THE UNITED STATES CONSTITUTION 5TH AMENDMENT AND 8TH AMENDMENT AND FOR HIS FEDERAL COMPLAINT IN CIVIL RIGHTS ACTION AGAINST THE ABOVENAMED DEFENDANTS FOR ORGANIZED CORRUPTION LED BY THE UNITED STATES ATTORNEY GENERAL, MERRICK B. GARLAND IN THE UNITED STATES DEPARTMENT OF JUSTICE: FEDERAL BURAEU OF PRISONS THROUGH 4 [NATIONWIDE] SEX OFFENDER SHAME, EXPLOITATION, SEGREGATION, RACKETEERING, AND FEDERAL PRISON EMPLOYEE LYNCHING INDUSTRY, AND IN SUPPORT THEREOF STATES THE FOLLOWING:

## PLAINTIFF

THAT HE IS THE PLAINTIFF IN THE FOREGOING CAUSE OF ACTION.

THAT PLAINTIFF, ANTHONY L. FLETCHER #13596026 IS CURRENTLY IN CUSTODY OF DEFENDANT UNITED STATES ATTORNEY GENERAL MERRICK B. GARLAND PURSUANT TO FEDERAL DETAINER WARRANT UNDER UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS CASE NO. 07-CR-10043, AND HOUSED AT F.C.I. GILMER, WEST VIRGINIA, LOCATED AT P.O. BOX 6000, GLENVILLE, WEST VIRGINIA 26351.

# DEFENDANTS

- DEFENDANT, UNITED STATES ATTORNEY GENERAL MERRICK B. GARLAND IS EMPLOYED AS THE HEAD PROSECUTORIAL ARM OF THE EXCUTIVE BRANCH OF THE UNITED STATES GOVERNMENT, LOCATED IN WASHINGTON, D.C., AND IS BEING SUED IN HIS OFFICIAL CAPACITY.

- DEFENDANT, UNITED STATES DEPARTMENT OF JUSTICE IS EMPLOYED AS THE PROSECUTORIAL ENTITY AND ADMINISTRATION OF THE UNITED STATES ATTORNEY GENERAL, LOCATED IN WASHINGTON, D.C., AND IS BEING SUED IN ITS OFFICIAL CAPACITY.

- DEFENDANT, FEDERAL BUREAU OF PRISONS IS EMPLOYED AS THE HOUSING MAINTENENCE, SECURITY AND ADMINI-STRATION ENTITY FOR UNITED STATE FEDERAL PRISONERS, LOCATED IN WASHINGTON, D.C., AND IS BEING SUED IN ITS OFFICIAL CAPACITY.

- DEFENDANT, WARDEN T. RULE IS EMPLOYED AS THE CHIEF ADMINISTRATIVE OFFICER OF FEDERAL CORRECTIONAL INSTI-TUTION OF TERRE HAUTE, LOCATED AT P.O. BOX 33, TERRE HAUTE, INDIANA 47808, AND IS BEING SUED IN HIS OFFICIAL CAPACITY.

- DEFENDANT, WARDEN JOHN DOE #1 IS EMPLOYED AS THE CHIEF ADMINISTRATIVE OFFICER OF FEDERAL TRANSFER CENTER OF OAKLAHOMA CITY, OK., LOCATED AT OAKLAHOMA CITY, OAKLAHOMA, AND IS BEING SUED IN HIS/HER OFFICIAL CAPACITY.

- DEFENDANT, WARDEN R. BROWN IS EMPLOYED AS THE CHIEF ADMINISTRATIVE OFFICER OF FEDERAL CORREC-TIONAL INSTITUTION OF GILMER, WEST VIRGINIA, LOCATED AT P.O. BOX 6000, GLENVILLE, WEST VIRGINIA 26351, AND IS BEING SUED IN HIS OFFICIAL CAPACITY.

• DEFENDANT, C/O CAPTAIN ROANE IS EMPLOYED AS THE CHIEF SECURITY OFFICER AT FEDERAL CORRECTIONAL INSTITUTION OF GILMER, LOCATED AT P.O. BOX 6000, GLENVILLE, WEST VIRGINIA 26351, AND IS BEING SUED IN HIS OFFICIAL CAPACITY.

• DEFENDANTS, C/O LEUTENANT AVREY AND C/O LEUTENANT A. AYERS ARE EMPLOYED AS SECURITY STAFF FOR THE FEDERAL BURAEU OF PRISONS AT F.C.I. GILMER, LOCATED AT P.O. BOX 6000, GLENVILLE, WEST VIRGINIA 26351, AND IS BEING SUED IN THEIR OFFICIAL CAPACITY.

• DEFENDANTS, C/O ALDRIDGE, C/O SMEARR, C/O GUMP, C/O TAYLOR C., C/O HUDSON, C/O J. WELCH, C/O S. EVENS ARE EMPLOYED AS SECURITY STAFF PETTY OFFICERS AT FEDERAL CORRECTIONAL INSTITUTION OF GILMER, LOCATED AT P.O. BOX 6000, GLENVILLE, WEST VIRGINIA 26351, AND IS BEING SUED IN THEIR OFFICIAL CAPACITY.

• DEFENDANT, ASSISTANT WARDEN JOHN DOE No. 2 IS EMPLOYED AS WARDEN OF SECURITY OPERATIONS AT THE FEDERAL TRANSFER CENTER OF OAKLAHOMA CITY, LOCATED AT OAKLAHOMA CITY, OAKLAHOMA, AND IS BEING SUED IN HIS/HER OFFICIAL CAPACITY.

• DEFENDANT, HEALTH SERVICES ADMINISTRATOR STOLYZAK IS EMPLOYED AS HEALTH CARE ADMINISTRATOR OF FEDERAL TRANSFER CENTER LOCATED IN OAKLAHOMA CITY, OAKLAHOMA, AND IS BEING HEREBY SUED IN HER OFFICIAL CAPACITY.

- DEFENDANT, SECURITY INVESTIGATION SERVICES (S.I.S.) DEPARTMENT IS EMPLOYED AS INTERAL AFFAIRS SECURITY STAFF AT FEDERAL TRANSFER CENTER, LOCATED AT OKLAHOMA CITY, OAKLAHOMA, AND IS BEING SUED IN THEIR OFFICIAL CAPACITY.

- DEFENDANT, C/O CAPTAIN DEUSCH IS EMPLOYED AS THE CHIEF SECURITY OFFICER OF FEDERAL CORRECTIONAL INSTITUTION OF TERRE HAUTE, LOCATED AT P.O. BOX 33, TERRE HAUTE, INDIANA 47808, AND IS BEING SUED IN HIS OFFICIAL CAPACITY.

- DEFENDANTS, C/O LEUTENANT MACKELLAR, C/O LT. D. BURLESON, AND C/O LT. PUTTOFF ARE EMPLOYED AS SECURITY STAFF LEUTENANTS FOR F.C.I. TERRE HAUTE, LOCATED AT P.O. BOX 33, TERRE HAUTE INDIANA 47808, AND IS BEING SUED IN THEIR OFFICIAL CAPACITY.

- DEFENDANTS, C/O D. BOYER, C/O M. VANSICKLE, C/O B. GREENE, C/O STORMENT, C/O BAIL, C/O DICKEY, C/O J. BRADLEY ARE EMPLOYED AS SECURITY STAFF PETTY OFFICERS AT F.C.I. TERRE HAUTE, LOCATED AT P.O. BOX 33, TERRE HAUTE INDIANA 47808, AND IS BEING SUED IN THEIR OFFICIAL CAPACITY.

- DEFENDANT, UNION HOSPITAL IS EMPLOYED AS A HEALTH CARE HOSPITAL ENTITY IN TERRE HAUTE, INDIANA AND IS BEING SUED IN ITS OFFICIAL CAPACITY.

- DEFENDANT, DOCTOR AARON GOSHINSKA IS EMPLOYED AS A MEDICAL DOCTOR AT UNION HOSPITAL IN TERRE HAUTE, INDIANA, AND IS BEING SUED IN HIS OFFICIAL CAPACITY.

- DEFENDANT, DOCTOR ELIZABETH TRUEBLOOD IS EMPLOYED AS A HEALTH SERVICES DOCTOR FOR F.C.I. TERRE HAUTE, LOCATED AT P.O. BOX 33, TERRE HAUTE INDIANA 47808, AND IS BEING SUED IN HER OFFICIAL CAPACITY.

- DEFENDANT, D.S.C.C. IS EMPLOYED AS THE FEDERAL BURAEU OF PRISONS DESIGNATION AND SENTENCE COMPUTATION CENTER, LOCATED AT 346 MARINE FORCES DR., GRAND PRAIRE, TX. 75051, AND IS BEING SUED IN ITS OFFICIAL.

- DEFENDANT, c/o I.C.E IS EMPLOYED AS UNIT TEAM COUNSELOR FOR THE SPECIAL HOUSING UNIT AT F.C.I. GILMER, LOCATED AT P.O. BOX 6000, GLENVILLE, WEST VIRGINIA 26351, AND IS BEING SUED IN HIS OFFICIAL CAPACITY.

A D D R E S S    OF

FEDERAL TRANSFER CENTER DEFENDANTS:

P.O. BOX 898801
OAKLAHOMA CITY, OK. 73189

# JURISDICTION

THE JURISDICTION OF THE UNITED STATES DISTRICT COURT IS FOUNDED UPON:

- 42 USC, SECTION 1985(2),(3), AND 42 USC, SECTION 1983

- THE INTERSTATE AND FOREIGN COMMERCE STATUTE OF 18 UNITED STATES CRIMINAL CODE

- 18 USC, SECTION 1961-68

- UNITED STATES CONSTITUTION 5TH AMENDMENT

- UNITED STATES CONSTITUTION 8TH AMENDMENT

# EXHAUSTION OF ADMINISTRATIVE REMEDIES

PLAINTIFF HEREBY AVERS, THAT HE HAS EXHAUSTED HIS ADMINISTRATIVE REMEDIES PURSUANT TO THE PRISONER LITIGATION REFORM ACT: WHERE THE DEFENDANT'S AND THEIR ADMINISTRATIONS UNIT TEAMS, COUNSELING STAFF, CASE MANAGERS, UNIT MANAGEMENT, SECURITY STAFF, AND SPECIAL HOUSING UNIT STAFF HAVE [IN WHOLE] [FAILED] TO MAKE THE GRIEVANCE / INFORMAL REMEDY COMPLAINT PROCESS

AVAILABLE TO THE PLAINTIFF: BY [FAILURE] TO PROVIDE CORRECT, ADEQUATE, [AND TIMELY] FORMS AND / OR TO [APPEAR] IN THE SPECIAL HOUSING UNIT, OR COLLECT PLAINTIFF'S COMPLAINTS, OR TO [PROVIDE][ANY] BP-8 [MANDATORY] INFORMAL REMEDY FORM TO THE PLAINTIFF FROM 9/6/2023 - TO - DATE: BY, AFTER REQUEST FOR BP-8 FORM, GIVING PLAINTIFF FEDERAL TORT 1 CLAIM FORMS [INSTEAD] OF THE REQUESTED BP-8 FORMS.

WHEREBY, THE ADMINISTRATION OF DEFENDANT R. BROWN, AND DEFENDANT C/O LT. AVREY OF THE F.C.I. SPECIAL HOUSING UNIT IN GILMER, WEST VIRGINIA, HAS [EFFECTIVELY] ELIMINATED THE FEDERAL BURAEU OF PRISONS [MANDATORY] BP-8 [INFORMAL] REMEDY PROCESS AND AVAILABILITY TO THE SPECIAL HOUSING UNIT (IN THIS CASE THE PLAINTIFF) WHERE ABSOLUTELY NO SECURITY STAFF, OR UNIT TEAM MEMBER [HAS] OR WILL PROVIDE SAID INFORMAL REMEDY DOCUMENT TO THE PLAINTIFF OR IN THE S.H.U. FROM 9/6/2023 - TO - DATE.

PLAINTIFF FURTHER AVERS, THAT SAID DEFENDANTS HAVE ALSO FAILED TO PROVIDE THE PLAINTIFF WITH [INDIGENT] LEGAL MATERIALS OF TYPING PAPER, MANILLA AND LETTER SIZE LEGAL ENVELOPES, AND POSTAGE STAMPS TO THE POINT WHERE FROM 9/6/2023 - TO - DATE PLAINTIFF HAS HAD TO [SELL] HIS [FOOD] FOR POSTAGE STAMP FOR OUTGOING LEGAL MAIL, AND FOR INK PENS.

---

FOOT NOTE 1: EXHIBIT-#4

# INTRODUCTION

PLAINTIFF AVERS THAT THE DEFENDANTS UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES ATTORNEY GENERAL MERRICK B. GARLAND, FEDERAL BUREAU OF PRISONS; FEDERAL CORRECTIONAL INSTITUTION OF TERRE HAUTE, INDIANA EMPLOYEES; FEDERAL TRANSFER CENTER OF OAKLAHOMA CITY, OK. EMPLOYEES; FEDERAL CORRECTIONAL INSTITUTION OF GILMER, WEST VIRGINIA EMPLOYEES, AND EMPLOYEES IN THE ENTIRE NATIONWIDE WORKFORCE OF ACTIVE/OPEN UNITED STATES FEDERAL PRISONS HAVE WORKED IN A [IMPLIED] JOINT COURSE OF FEDERAL PRISON EMPLOYEE SPONSORED RACKETEERING INFLUENCE AND CORRUPT ORGANIZATION ACTIVITY; AND HAVE [UNLAWFULLY] UTILIZED FEDERAL INTERSTATE AND FOREIGN COMMERCE TRAVEL IN [VIOLATION] OF THE FEDERAL INTERSTATE AND FOREIGN COMMERCE STATUTE OF 18 UNITED STATES CRIMINAL CODE TO IMPEDE, HINDER, SUBVERT, OBSTRUCT, AND OTHERWISE DEFEAT THE [DUE] COURSE OF JUSTICE IN FEDERAL PRISONER'S RIGHTS TO AN EQUAL PROTECTION OF LAWS GOVERNING THE RIGHT OF PRISONERS CONVICTED OF SEX OFFENSES TO BE PLACED IN PROTECTIVE CUSTODY WHILE [AT RISK] OF A THREAT TO PRISONER'S PHYSICAL SAFETY: WHERE THE ABOVENAMED DEFENDANTS INSTITUTED A [NATIONWIDE] ADMINISTRATIVE AND SECURITY STAFF EMPLOYEE FEDERAL PRISONER SEX OFFENDER SHAME, EXPLOITATION, SEGREGATION, RACKETEERING, AND FEDERAL PRISON EMPLOYEE [LYNCHING INDUSTRY] OF GOVERNMENT CORRUPTION AGAINST THE ENTIRE SEX OFFENDER [CLASS] OF UNITED STATES FEDERAL PRISONERS (**IN THIS CASE THE PLAINTIFF**) THAT HAS CREATED AND MAINTAINED A DANGEROUS, HARMFUL, AND [DEADLY] [UN]WRITTEN POLICY AND [SUB-CULTURE] OF FEDERAL GOVERNMENT PRISON EMPLOYEES: THROUGH A [TACIT]

1) NATIONWIDE FEDERAL WARDEN, SECURITY STAFF CAPTAIN and LEUTENANT [AUTHORIZED] INMATE PRISON GANG CAR LEADER [FORCED] INSPECTION [SCHEME] OF [ALL] FEDERAL PRISONER'S PRE SENTENCE INVESTIGATION REPORTS AGAINST SEX OFFENDERS: FOR THE PURPOSE OF [**SEX OFFENDER CLEANSING**] (THROUGH VIOLENCE and THE THREAT OF PHYSICAL HARM and DEATH) OF ACTIVE/ OPEN UNITED STATES FEDERAL PRISONS: WHEREBY FED-ERAL SEX OFFENDERS ARE [RAN OUT] OF THE GENERAL POPULATION (EXHIBIT—A) REQUESTING PROTECTIVE CUSTODY, BUT, ARE placed IN DISCIPLINARY SEGREGATION BY a FURTHERENCE OF THE RACKETEERING [SCHEME] OF: 2) a [TACIT] SECURITY INVESTIGATION SERVICE (S.I.S.) 'FRAUD 'SCHEME' THAT SUBVERTS AND OBSTRUCTS THE UNITED STATES SUPREME COURT PROTECTIVE CUSTODY [RISK] OF THREAT [ANALYSIS] STANDARD OF FARMER V. BRENNAN, 511 U.S. 825 (1994), THAT APPLIES TO [ALL] SEX OFFENDERS, ET AL.; AND 'TACITLY, WITH OFFICIAL ANIMUS, UNCONSTITUTIONALLY [REPLACES] THE UNITED STATES SUPREME COURT STANDARD OF SEX OFFENDER/INMATE PROTECTION AND [SHIFTS] [THAT] STANDARD—TO a CONSTITUTIONALLY [**UN**] AUTHORIZED **THREAT ASSESSMENT** STANDARD USED BY S.I.S. EMPLOYEES NATIONWIDE, AS A DECEPTIVE PLOY: TO 'DELIBERATELY KEEP SEX OFFENDERS [OUT] OF PROTECTIVE CUSTODY AND 'CONTINUALLY AT [RISK] OF PHYSICAL DANGER, HARM, AND DEATH WHILE IN THE GENERAL POPULATION [OR SEGREGATION] OF FEDERAL PRISONS IN PROLONGED YEAR AFTER YEAR, **SUFFERING** OF THE FEDERAL PRISON EMPLOYEE [**LYNCHING**] **INDUSTRY'S** RACKET-

-EERING [SCHEME] OF EXTENTED and [CONTINUAL] CRUEL and UNUSUAL PHYSICAL ABUSE, BASIC HYGIENE and NECCESSITIES OF LIFE DEPRIVATION (MATTRESS, CLOTHING CHANGE, UNDERWEAR, TOOTHE PASTE, TOOTHE BRUSH, DEODERANT, LAUNDRY SERVICE, SHOWER CURTAIN, ETC.) and a PLETHRA OF OTHER INTERNATIONAL HUMAN RIGHTS ABUSES: THAT IN MOST CASES [DRAG] A FEDERAL [SEX OFFENDER] PRISONER, [AT RISK] OF PHYSICAL HARM, FROM ACTIVE / OPEN DANGEROUS PRISON ENVIRONMENT — TO — DANGEROUS PRISON ENVIRONMENT YEAR AFTER YEAR IN [FORCED]: A) PRISON GANG CAR P. S. I. (A.K.A. PAPER WORK) INSPECTION and SEX OFFENDER CLEANSING; and B) S. I. S. [THREAT ASSESSMENT] SEGREGATION [FRAUD] UNTIL HE IS PROFUSELY [INJURED] and LAMED, [OR KILLED] FROM a PROLONED LYNCHING [ORCHESTRATED] BY DEFENDANTS, UNITED STATES DEPARTMENT OF JUSTICE: FEDERAL BURAEU OF PRISONS EMPLOYEES IN FEDERAL PROTECTIVE CUSTODY SEX OFFENDER [RACKETEERING] [FRAUD] IN VIOLATION OF 42 USC, SECTION 1985(2)(3) EQUAL PROTECTION OF LAWS; 18 USC, SECTION 1961-68, R.I.C.O. STATUTE; and THE 8TH AMENDMENT RIGHT NOT TO BE SUBJECTED TO CRUEL and UNUSUAL PUNISHMENT: BY THE USE OF A FEDERAL GOVERNMENT UNITED STATES ATTORNEY GENERAL and UNITED STATES DEPART-MENT OF JUSTICE SPONORED [CRIMINAL] [ENTEPRISE] THROUGH THE [ILLEGAL] USE OF FEDERAL INTERSTATE and FOREIGN COMMERCE TRAVEL FOR BLANKET [RETALIATORY] TRANSPORT OF FEDERAL SEX OFFENDER PRISONERS FROM [HIGH RISK]; HOSTILE PRISON -TO- DANGEROUS [HIGH RISK] HOSTILE PRISON IN VIOLATION OF THE INTERSTATE and FOREIGN COMMERCE STATUTE AT 18 UNITED STATES CODE. 18 USC, SECTION 1962, 1864(b)(c)

# HISTORY

ON 12/16/2022 PLAINTIFF WAS DISCHARGED FROM THE Illinois DEPARTMENT OF CORRECTIONS INTO THE FEDERAL CUSTODY OF DEFENDANTS, UNITED STATES ATTORNEY GENERAL MERRICK B. GARLAND AND THE UNITED STATES DEPARTMENT OF JUSTICE PURSUANT TO A 3 COUNT [STACKED] FEDERAL CONVICTION FOR CHILD PORNOGRAPHY AFTER SERVING 15 YEARS, 7 MONTHS, AND 11 DAYS IN STATE PRISON UNDER A [CONCURRENT] SENTENCE, AND FEDERAL DE-TAINER WARRANT UNDER UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS CASE NO. 07-CR-10043, AND WAS TRANSFERED TO THE CUSTODY OF THE UNITED STATES MARSHAL SERVICE UNTIL 1/10/2023.

ON 12/27/2022 PLAINTIFF FILED A FORMAL CIVIL RIGHTS COMPLAINT AGAINST THE 2 UNITED STATES MARSHAL EMPLOYEES, RANDOLFF COUNTY, ILLINOIS SHER IFF AND 3 [ADDITIONAL] DEPUTY SHERIFF EMPLOYEES FOR CIVIL RIGHTS ABUSES AT RANDOLFF COUNTY JAIL NOW UNDER UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS CASE NO. 23-CV-1054.

PLAINTIFF AVERS, THAT IN [RETALIATION] FOR THE ABOVESAID CIVIL RIGHTS COMPLAINT THE DEFENDANTS, IN AN IMPLIED JOINT COURSE OF CONDUCT [TACITLY] CAUSED PLAINTIFF TO FURTHER SUFFER AN ILLEGAL

PROLONGED and EXTENDED [ADDITIONAL] FEDERAL RACKETEERING Scheme OF THE Sex OFFENDER SHame, Exploitation, SEGREGATION, RACKETEERING, and FEDERAL prison EMPloyee Lynching industry IN F.C.I. TERRE HauTE, INDIANA. WHERE PLAINTIFF was 'ULTIMately INJURED' and LEFT [TOTALLY] [BLIND] IN HiS LEFT EYE WITH 2 [UNTREATED] FRACTORED RIBS and 2 LOWER BACK FRactor: BY EMPLOYEE PREA Complaint RETALIATION, as STATED Below.

ON 1/10/2023 PLaINTIFF was TRaNSFERED, THROUGH FEDERAL INTERSTATE and FOREIGN COMMERCE TRAVEl, TO UNITED STATES PENITENTIARY [HOlD OVER] IN TERRE HauTE, INDIANA.

ON 2/2/2023 PLAINTIFF WAS TRANSFERED TO FEDERAL CORRECTIONAL INSTITUTION OF TERRE HauTE, INDIANA FROM U.S.P. TERRE HauTE.

# STATEMENT OF FACTS

THE NATIONAL UNITED STATES DEPARTMENT OF JUSTICE SPONSORED: SEX OFFENDER SHAME, EXPLOITATION, SEGREGATION, RACKETEERING, AND FEDERAL PRISON EMPLOYEE [LYNCHING] INDUSTRY

## COUNT - I
SUB-COUNTS I-THRU-IV

## COUNT - II
SUB-COUNTS V-THRU-VIII

# STATEMENT OF FACTS

## COUNT - I

## SUB - COUNT - I

### FAILURE TO PROTECT
### FEDERAL BURAEU OF PRISONS REGULATORY
### DISCIPLINARY PROCEDURE [FRAUD], AND PROTECTIVE
### CUSTODY S.I.S. THREAT ASSESSMENT [FRAUD]

ON 2/2/2023 PLAINTIFF WAS TRANSFERED FROM UNITED STATES PENITENTIARY, TERRE HAUTE 'HOLD OVER-TO-FEDERAL CORRECTIONAL INSTITUTION OF TERRE HAUTE, INDIANA M-DORM AT APPROX. 1:00 P.M. WHEN APPROX. 15 MINUTES IN THE DORM THE HEAD OF THE ILLINOIS BLACK CAR (PRISON GANG) APPROACHED PLAINTIFF AND REQUESTED THAT PLAINTIFF FOLLOW HIM TO HIS CELL ON THE BOTTOM DECK (THIS EVIDENCE, OF THE [IDENTITY] OF SAID ILLINOIS BLACK [GANG] CAR IS CAPTURED ON M-DORM SECURITY VIDEO, BUT WHICH [TECHNOLOGY] WAS [NOT] UTILIZED BY THE FEDERAL BUREAU OF PRISONS, AFTER REPEATED RE-QUEST BY THE PLAINTIFF [TO] S.I.S. OFFICER EMPLOYEE DEFENDANT C/O LT. PUTDFF) AND UPON ENTERING HIS CELL HE INFORMED PLAINTIFF THAT BECAUSE OF HIS CONVICTION OF CHILD PORNOGRAPHY (A SEX OFFENSE) PLAINTIFF COULD NOT GET IN [ANY] CAR (GANG), AND COULD [NOT] LIVE IN M-DORM OR PLAINTIFF WOULD BE BEATEN, STABBED, OR KILLED; AND THAT PLAINTIFF SHOULD TELL THE LEUTENTENT TO PLACE HIM IN PROTECTIVE CUSTODY.

# PROTECTIVE CUSTODY SUBVERSION [FRAUD]

## FEDERAL BURAEU OF PRISONS REGULATORY DISCIPLINARY PROCEDURE [FRAUD]

### SUBVERSION #1

PLAINTIFF THEN REQUESTED TO SPEAK TO THE LT. and REQUESTED PROTECTIVE CUSTODY PLACEMENT TO M-DORM OFFICER DEFENDANT C/O D. BOYER; and INFORMED Said DEFENDANT OF THE PREVIOUS THREAT an INFORMED [RISK] TO PLAINTIFFS PHYS-ICAL SAFETY and Said EMPLOYEE DEFENDANT [FAILED] TO COMPLY WITH FEDERAL BURAEU OF PRISONS RE-GULATORY DISCIPLINARY PROCEDURE WHERE Said BLACK CAR (GANG) INMATE'S [IDENTITY] WAS MADE [READILY] AVAILABLE ON M-DORM SECURITY VIDEO, and Said C/O DEFENDANT [ACTUALLY] [SAW] WITH HER OWN EYES WHO Said ILLINOIS BLACK CAR LEADER WAS, and [FAILED] TO REVEAL HIS IDENTITY TO THE PlaintIFF, IN a DISCIPLINARY REPORT, as REQUIRED BY F.B.O.P. DISCIPLINARY PROCEDURES FEDERAL DIRECTIVE, OR TO DEFENDANT C/O LT. MACKELLAR WHEN HE [REQUIRED] THE IDENTITY OF Said INMATE IN C/O D. BOYER'S DORM.

### SUBVERSION #2

PLAINTIFF WAS TAKEN TO DEFENDANT C/O MACKELLAR'S OFFICE at APPROX. 1:25 P.M. and WAS BERATED, HARASSED, and [PROFANITY RIDDEN] BY DEFENDANT C/O LT. MACKELLAR and CALLED a F--KIN (EXPLATIVE) CHO-MO BY Said EMPLOYEE DEFENDANT, and WHEN PLAINTIFF ASKED TO [IDENTIFY] Said ILLINOIS Black CAR Gang LEADER FROM [SECURITY VIDEO] DEFENDANT C/O LT. MACKELLAR STATED:

"I ain't show'in you S--T (explative)
you F--kin (explative) CHILD MOLESTOR.
GIVE ME a NAME OR GET THE F--K
(explative) OUT OF MY OFFICE". (UNQUOTE)

PLAINTIFF WAS THEN ESCORTED [BACK] TO M-DORM,
SPOKE TO SAID CAR LEADER AGAIN, THREATENED, AND
THEN SPOKE TO UNIT CASE MANAGER [LYDAY] AND
WAS TOLD BY HER TO "REFUSE TO LOCK UP AT 3:30
P.M. AND GO [BACK] TO THE LEUTENENTS OFFICE
AND REQUEST PROTECTIVE CUSTODY.
          — EMPLOYEE [DEATH] THREAT —
AT 3:30, PM. PLAINTIFF [AGAIN] REQUESTED TO DEFEN-
DANT C/O D. BOYER TO BE TAKEN TO THE LT. OFFICE,
AND [AGAIN] REQUESTED TO BE placed IN PROTECTIVE
CUSTODY, AND WAS [AGAIN] 'HARASSED AND PROFANITY
RIDDENED; AND WAS TOLD BY DEFENDANT C/O LT.
MACKELLAR (QUOTE) "I WILL [KILL] YOU 'MYSELF FLETCHER
IF YOU SAY ANOTHER F--KING (explative) WORD."
(UNQUOTE) WHICH THREAT' WAS THE [SECOND] THREAT
TO THE PLAINTIFF'S SAFETY ON 2/2/2023, AND
WAS A [SPECIFIC] [DEATH THREAT] BY FEDERAL
BURAEU OF PRISONS SECURITY STAFF EMPLOYEE
DEFENDANT C/O LT. MACKELLAR.

PLAINTIFF WAS THEN ESCORTED TO SEGREGATION,
ASSAULTED BY C/O HARLOW, AND placed IN [DISCIPLINARY]
SEGREGATION [WITHOUT] ACCESS TO PERSONAL PROPERTY,
TELEVISION, REGULAR COMMISARY ITEMS OF FOOD/SNACKS,
CLOTHES AND REGULAR SHOES, LEGAL MATERIALS, ETC.
WHAT-SO-EVER FROM 2/2/2023-TO-8/24/2023.

17 OF 62

THE ABOVESAID °EMPLOYEE DISCIPLINARY PROCEDURE SUBVERSION & EMPLOYEE PROTECTIVE CUSTODY [DEATH THREAT] AGAINST THE PLAINTIFF WAS DOCUMENTED, AS SUBVERSION ACT #1 AND SUBVERSION ACT #2 IN THE PROTECTIVE CUSTODY AND DISCIPLINARY PROCEDURE [FRAUD] [SCHEME] OF RACKETEERING ACTIVITY INDENTIFIED, IN THE CIVIL RIGHTS CLAIMS OF THE PLAINTIFF IN COUNT-I OF [BOTH] THE [ORIGINAL] 6/16/2023, [AND] THE 8/12/2023 [AMENDED] COMPLAINT: WHICH WAS OBSTRUCTED AND REMOVED FROM THE [OUTGOING] UNITED STATES MAIL AT F.C.I. TERRE HAUTE, INDIANA ON OR ABOUT 8/12/2023 (EXHIBIT-B, DOCKET #19, 23, AND 41-U.S. DIST. CRT. SO. DIST. INDIANA CASE # 23-CV-306), BY DEFENDANTS [OR] THOSE THEY EMPLOY, AS A [TACIT] ACT OF [ILLEGAL] SUB-TERFUGE AGAINST THE PLAINTIFF'S RIGHT TO AN EQUAL PROTECTION OF LAWS. 42 USC/SECTION 1985 (2)(3); AND OBSTUCTION OF MAILS STATUTE AT 18 UNITED STATES CODE.

WHEREBY, PLAINTIFF AVERS, THAT DEFENDANTS C/O D. BOYER AND C/O LT. MACKELLAR COMMITTED THE ABOVESAID FEDERAL BUREAU OF PRISONS' REGU-LATORY DISCIPLINARY PROCEDURE OBSTRUCTION AND SUBVERSION [FRAUD], AND FEDERAL EMPLOYEE PROTECTIVE CUSTODY [DEATH THREAT] EXPLOITATION AS [THEIR] PART IN THE [NATIONAL] UNITED STATES DEPARTMENT OF JUSTICE SPONSORED, SEX OFFENDER SHAME, EXPLOITATION, SEGREGATION, RACKETEERING, AND FEDERAL PRISON EMPLOYEE LYNCHING INDUSTRY. WHICH HAS FAILED

TO PROTECT THE Plaintiff IN Violation OF THE 8TH AMENDMENT TO THE UNITED STATES CONSTITUTION.

**SUBVERSION #3** — ORDER OUT FRAUD —

FOR His Part, AMONG OTHERS, IN THE FEDERAL PROTECTIVE CUSTODY FRAUD AND DISCIPLINARY PROCEDURE SUBVERSION [SCHEME] F.C.I. TERRE HAUTE SPECIAL HOUSING UNIT EMPLOYEE DEFENDANT C/o LEUTENENT D. BURLESON AUTHORIZED THE FALSIFICATION OF 3 INCIDENT REPORTS AGAINST THE Plaintiff FOR Violation OF PROHIBITED ACTS — 306 REFUSING WORK / PGM ASSIGNMENT (HEREIN IDENTIFIED AS ORDER OUT FRAUD) BASED ON DEFENDANT FEDERAL BUREAU OF PRISON'S S.I.S. [THREAT ASSESSMENT] [FRAUD] BY DEFENDANT C/o LT. PUTTOFF: WHICH PROTECTIVE CUSTODY [FRAUD] [SCHEME] TACITLY [SHIFTS] 1) THE ACCUSATION OF SEX OFFENDERS (IN THIS CASE THE Plaintiff) AGAINST GENERAL POPULATION INMATES, OR 2) THE ACCUSATION OF A [KNOWN] [RISK] OF DANGER TO THE PHYSICAL SAFETY OF SEX OFFENDERS [AWAY] FROM THE GENERAL POPULATION INMATE ACCUSED OF THREATENING BODILY HARM AGAINST A SEX OFFENDER AND/OR [AWAY] FROM A [KNOWN] [RISK] OF DANGER AND PHYSICAL HARM TO A SEX OFFENDER [TO] [UNLAWFULLY] USE THE ADMINISTRATIVE POWER OF DEFENDANT UNITED STATES DEPARTMENT OF JUSTICE [TO] [DECEPTIVELY] [ACCUSE] THE ENDANGERED SEX OFFENDER OF REFUSING 3 DIRECT ORDERS TO RETURN TO GENERAL POPULATION WITH DISCIPLINARY REPORTS, U DC HEARING, AND D H O^B HEARING AND SANCTIONS. AND BASED [NOT] ON THE [KNOWN RISK]

B : SEE [ATTACHMENT-A]

ANnalysis OF THE UNITED STATES SUPREME COURT IN FARMER V. BRENNaN, 511 U.S. 825 (1994), BUT, Based ON THE ARBITRARY, CAPRICIOUS, CONTRIVED and CONSTITUTIONally [UN]AUTHORIZED S.I.S. [THREAT ASSESSMENT] ["FRAUD"]: THaT [SUBVERTS] THE FARMER V. BRENNaN. Et. [KNOWN] [RISK] INDIFFERENCE STandard FOR PROTECTIVE CUSTODY PLACEMENT [TO] a [SUB-STANDARD] "PROOF OF PERPETRATOR IDENTITY, QUESTION aND CORoBORATING WITNESS STANDARD": THaT [UN]CONSTITUTIONally [Bypasses] THE FEDERAL BuREAU OF PRISONS REGuLaTORY DISCIplinary PROCEDURE [PROCESS], aND TACITly PuTS [SOLE] [DECEPTIVE] TRUST IN THE [TACIT] [DENIEL] OF ANYBODY, OR THE [UN]CORoBORATED ANSWER OF THE ACTUAL PERPETRATOR OF THREATS OR [REAL] Bodily HARM TO FEDERAL SEX OFFENDERS. WHICH as STATED ABOVE [IS] a National PROTECTIVE CuSTODY [FRauD] [SUBVERSION], and a ENTRICATE PART OF THE UNITED STATES DEPARTMENT OF JUSTICE SPONSORED SEX OFFENDER SHaME, EXPloiTATION, SEGRECATION, RACKETEERING, aND FEDERAL PRISON EMPloyEE [LYNCHING] INDUSTRY. 42 USC, SECTION 1985 (2)(3), 18 USC, SECTION 1962, 1964 (b)(c)

SUBVERSION #4

FURTHER, FOR HIS PART IN THE NATIONAL [THREAT ASSESSMENT] [FRAUD] aND SUBVERSION [SCHEME], IN OR ABOUT MARCH 2023 F.C.I. TERRE HauTE

S. I. S. EMPLOYEE DEFENDANT C/O LT. PUTTOFF FULLY
LAID OUT THE TACITLY CORRUPTED [THREAT ASSESSMENT]
[FRAUD] RATIONAL OF [DECIETFUL] TRUST IN THE
[TACIT] DENIEL OR [UN]COROBORATED ANSWER OF
[ACTUAL] PERPETRATORS OF THREATS OR [REAL] BODILY
HARM OF FEDERAL SEX OFFENDERS.

IN AN INTERVIEW IN MARCH 2023 S.I.S. DEFENDANT
C/O LT. PUTTOFF STATED:

" IF [WE] [ASKED] SOMEONE IN GENERAL
POPULATION IF THEY THREATENED A
SEX OFFENDER HE IS 'AUTOMATICALLY
GONNA SAY 'NO. SO HOW CAN WE PUT
HIM IN SEGREGATION?
[I] HAVE A SHU [FULL] OF SEX OFFENDERS
AND FOR THAT VERY REASON [NO]
GENERAL POPULATION INMATE HAS BEEN
PUT IN SEGREGATION FOR A THREAT
TO A SEX OFFENDER" (UNQUOTE)
(ALSO SEE EXHIBIT-A )

WHEREBY, S.I.S. DEFENDANT C/O LT. PUTTOFF [INADVERTENTLY]
[ADMITTED] TO THE FRAUDULENT USE, BY S.I.S. EMPLOYEES,
OF [TACIT AND DECEPTIVE] REASONING THAT [UN]-
CONSTITUTIONALLY [BYPASSES] THE REGULATORY
DISCIPLINARY [PROCESS] [DUE]: THROUGH THE D.H.O.
HEARING PROCESS FOR [ALLEGED] VIOLATIONS OF

HIGH SEVERITY LEVEL PROHIBITED ACT 203-
THREATENING BODILY HARM TO ANOTHER PERSON.

WHEREBY, THE ABOVESAID [FRAUDULENT] SO-CALLED
FEDERAL BURAEU OF PRISONS [THREAT ASSESSMENT]
`RATIONAL REVEALS a [UN]CONSTITUTIONAL PRO-
TECTIVE CUSTODY`SUBVERSION and`OBSTRUCTION
[SCHEME], ON [A NATIONAL SCALE],THAT IS TACITLY
[OVER][SIMPLIFIED] and [RATIONALIZED] BY UNITED
STATES DEPARTMENT OF JUSTICE: FEDERAL BURAEU
OF PRISONS EMPLOYEES: TO TACITLY [BYPASS] THE
GENERAL POPULATION GANG MEMBER [DISCIPLINARY]
PROCESS DUE, AND THE THREATENED an ENDANGERED
SEX OFFENDER'S PROTECTIVE CUSTODY [PROCESS DUE]
IN VIOLATION OF PLAINTIFF'S UNITED STATES CON-
STITUTIONAL RIGHT TO DUE PROCESS and EQUAL
PROTECTIONAL OF LAWS. 42 U.S.C, SECTION 1985
(2)(3); 5TH AMENDMENT [U.S. CONST.] . (SEE EXHIBIT-A)

## SUB-COUNT-II
### FAILURE TO PROTECT:
### PROTECTIVE CUSTODY APPLICATION
### AND PROCESS FRAUD BASED ON RACE

PLAINTIFF AVERS, THAT FEDERAL CORRECTIONAL INSTITUTION OF TERRE HAUTE DEFENDANTS WARDEN T. RULE, CAPTAIN DEUSCH, C/O LT. MACKELLAR, C/O LT. PUTTOFF, AND C/O LT. D. BURLESON HAVE UNLAWFULLY INSTITUTED AN UNWRITTEN POLICY OF PROTECTIVE CUSTODY [APPLICATION] AND INMATE [PROCESS] DEPRIVATION [FRAUD] BASED ON RACE AND ETHNICITY: BY [DENYING] AFRICAN AMERICAN INMATES PROTECTIVE CUSTODY APPLICATIONS AND CORRECT ADMINISTRATIVE [PROCESSING], ACCORDING TO FEDERA BUREAU OF PRISONS REGULATIONS, WHILE AT THE SAME TIME FREELY PROVIDING [SIMULARLY SITUATED] SO-CALLED WHITE-CAUCASIAN- SEX OFFENDERS THE [FULL] REGULATORY [APPLICATION], [PROCESSING] AND SPEEDY [APPROVAL] OF THE [ADMINISTRATIVE] PROTECTIVE CUSTODY PROCESS.

THIS HIGHLY BIGEITTED FORM OF TACIT PROTECTIVE CUSTODY APPLICATION DENIEL, REGULATORY PROCESS DENIEL, AND THEN ULTIMATELY PROTECTIVE CUSTODY DENIEL BY [FRAUD] WAS EXEMPLIFIED IN THE CASE OF THE PLAINTIFF'S SPECIAL HOUSING UNIT CELLMATE [CHRISTOPHER BERTOLLETT]. PLAINTIFF IS A AFRICAN AMERICAN INMATE IN THE SEX OFFENDER [CLASS], AND WAS (AND [STILL] IS) DENIED PROTECTIVE CUSTODY APPLICATION AND [REGULATORY] ADMINISTRATIVE PROCESSING AFTER REPEATED REQUEST BY SAID DEFENDANTS. CHRISTOPHER BERTOLLETT IS A [SO-CALLED] WHITE SEX OFFENDER CLASS INMATE WHO [SOLELY] BECAUSE OF [HIS RACE] WAS IMMEDIATELY GIVEN PROTECTIVE CUSTODY APPLICATION, AND [FULL] REGULATORY ADMINISTRATIVE PROCESS (WITH- OUT ORDER OUT) AND WAS, ACCORDING TO DEFENDANT

C/O LT. D. BURLESON, APPROVED FOR PROTECTIVE CUSTODY THROUGH STANDARD PROCESSING.

IN APRIL 2023 PLAINTIFF SPOKE DIRECTLY TO DEFENDANT WARDEN T. RULE AND [PERSONALLY] INFORMED HIM OF THE [RACIALLY] [MOTIVATED] PROTECTIVE CUSTODY APPLICATION AND PROCESS DENIEL IN F.C.I. TERRE HAUTE, AND DEFENDANT T. RULE REFERED PLAINTIFF TO DEFENDANT C/O CAPTAIN DEUSCH WHO STATED: (QUOTE)

        " ... "THERE IS NO THREAT. YOU
               AND YOUR CELLI ARE 2 DIFFERENT
               PEOPLE" (UNQUOTE)

PLAINTIFF AVERS THAT THE EVIDENCE AND [STATISTICAL] RECORDS WILL SHOW THAT SAID DEFENDANTS HAVE TACITLY INSTITUTED AN UNWRITTEN POLICY OF [TWO TEERED] [UN]CONSTITUTIONAL PROTECTIVE CUSTODY APPLICATION, PROCESS, AND APPROVAL [SYSTEM] IN F.C.I. TERRE HAUTE BASED ON RACE AND ETHNIC PREJUDICE IN VIOLATION OF THE FEDERAL KU KLUX KLAN ACT AT 42 USC. SECTION 1985 (2)(3).

## SUB-COUNT- III

FAILURE TO PROTECT:
EMPLOYEE P.R.E.A. Complaint RETALIATION
BY WEAPONIZATION OF THE MENTAL HEALTH
[STAGES] PROGRAM INMATES AGAINST PLAINTIFF;
AND THE USE OF EXCESSIVE FORCE AGAINST PLAINTIFF

IN OR ABOUT April 2023 Plaintiff FILED A FORMAL
Complaint AGAINST 2 FEDERAL EMPLOYEES at F.C.I. TERRE
HAUTE, INDIANA.
ON May 22, 2023 DEFENDANTS IN F.C.I. TERRE HAUTE
[WEAPONIZED] TWO CARE LEVEL 3, VIOLENT MENTAL HEALTH
[STAGES] PROGRAM INMATES (1) A VIOLENT TRANSGENDER-
INMATE LANG; AND 2) A VIOLENT SCHIZOPHRINIC-
INMATE NICHOLAS TRAVIS) AGAINST THE PLAINTIFF
WHILE IN THE SPECIAL HOUSING UNIT OF TERRE HAUTE,
FEDERAL CORRECTIONAL INSTITUTION IN [RETALIATION]
FOR THE ABOVESAID [PRISON RAPE ELIMINATION ACT]
COMPLAINT BY THE PLAINTIFF AGAINST DEFENDANTS
C/O M. Vansickle AND C/O B. GREENE. (EXHIBIT- C)
ON May 22, 2023, AFTER Plaintiff [DUELY] INFORMED
DEFENDANT C/O M. Vansickle THAT HE WAS a JEW AND
COULD [NOT] LIVE IN a Cell with a TRANSGENDER
BECAUSE OF HIS RELIGIOUS CONVICTIONS DEFENDANTS
C/O M. Vansickle AND C/O B. GREENE CONTRIVED a [UN-
PROVOKED] Attack, AND an EXCESSIVE USE OF FORCE
AGAINST THE Plaintiff WHERE DEFENDANT C/O B. GREENE
ON Said DATE [WITHOUT] [REASON] Slammed THE 59 YR. OLD
Plaintiff INTO a DOOR AND ON TO THE FLOOR WHERE
Approx. 4 ADDITIONAL OFFICERS (WITHOUT REASON OR
JUST CAUSE) PLACE LEG IRONS AND CUFF BOX ON

THE PLAINTIFF, THEN TOOK PLAINTIFF TO SHU CELL D-1
AND LEFT SAID HAND CUFF BOX AND LEG IRONS ON THE
PLAINTIFF FROM APPROX. 6:00 PM - TO - 5:00 AM ; AND
WHERE DEFENDANT C/O STOREMENT REPEATED CAME TO
CELL D-1 AND HARASSED THE PLAINTIFF AND STATED:

"LOOK YOU MONTHY (Homo, [WE] GONE
Kill YO F--KIN ─SS (EXPLATIVES)
NEXT TIME." (UNQUOTE)

AND WHERE DEFENDANT C/O LT. D. BURLESON CAME
TO CELL D-1 AND STATED:

"YOU'll GET WHAT [WE] MEAN
THE [NEXT] TIME." (UNQUOTE)

WHEREBY, SAID DEFENDANTS HARASSED, BERATED,
AND PROFANED THE PLAINTIFF FROM APPROX. 6:00 PM -
TO- 10:00 PM.

## SUB — COUNT — IV

### FAILURE TO PROTECT;

EMPLOYEE SPONSORED INMATE [AND]
MEDICAL DOCTOR ASSAULT AND BATTERY,
DELIBERATE INDIFFERENCE AND
INCORPORATED SUBSTANDARD CONDITIONS
OF CONFINEMENT

IN FURTHERENCE OF THE AFORESAID May 22, 2023 [RE-
TALIATORY [WEAPONIZATION] OF THE CARE LEVEL 3,
VIOLENT MENTAL HEALTH [STAGES] PROGRAM [TRANSGENDER]
INMATE AGAINST THE PLAINTIFF; AND THE ABOVESAID
RETALIATORY EXCESSIVE USE OF FORCE THAT FOLLOWED:
FROM THE ABOVESAID P.R.E.A. COMPLAINT AGAINST
SAID DEFENDANTS: ON May 23, 2023 DEFENDANTS
C/O LT. D. BURLESON AND C/O BAIL [CONTINUED] THE ABOVESAID
RETALIATORY WEAPONIZATION OF CARE LEVEL 3, VIOLENT
MENTAL HEALTH [STAGES] PROGRAM INMATES AGAINST
THE PLAINTIFF AND MOVED THE PLAINTIFF INTO A CELL
WITH YET [ANOTHER] CARE LEVEL 3, VIOLENT MENTAL
HEALTH [STAGES] PROGRAM INMATE NAMED NICOHIAS
TRAVIS; WHO ON OR ABOUT June 5, 2023 PERSONALLY
TOLD DEFENDANT C/O LT. MACKELLAR (QUOTE) " I AM
GOING TO F__KING (EXPLATIVE) KILL MY CELLI". (UNQUOTE)
OF WHICH SAID DEFENDANT REPLIED: " DO WHAT
THE F__K (EXPLATIVE) YOU GOT TO DO". (UNQUOTE)

AND ON June 14, 2023 6 FOOT 3", 235 lbs., 35 YR. OLD
INMATE TRAVIS GRABBED 5 FOOT 8", 172 lbs., 59 YR. OLD
PLAINTIFF-COMING DOWN FROM THE TOP BUNK, AND
SLAMMED PLAINTIFF TO THE GROUND, AND FRACTORED
PLAINTIFFS LOWER BACK, AND BEGAN TO KICK AND
PUNCH THE PLAINTIFF IN HIS LEFT RIB, WHICH ALSO

WAS FRACTORED, AND IN PLAINTIFF'S LEFT EYE WHICH BECAME SWOLLEN AND RED, UNTIL THE OFFICER CAME AND CUFFED INMATE TRAVIS AND REMOVED THE PLAINTIFF TO SEE THE S.H.U. DOCTOR WHERE PLAINTIFF REPEATEDLY REQUESTED [ICE], TO RELIEVE THE SWELLING OF HIS LEFT EYE, BUT WAS DENIED BY DEFENDANT DOCTOR ELIZABETH TRUEBLOOD.

## MEDICAL ASSAULT AND BATTERY

ON JUNE 15, 2023 AFTER PLAINTIFF WAS TAKEN TO DEFENDANT UNION HOSPITAL OF TERRE HAUTE EMERGENCY ROOM, DEFENDANT DOCTOR AARON GOSHINSKA ADMINISTERED FYNTENAL AND (LIPROXIN?) TO THE PLAINTIFF; AND ASKED THE PLAINTIFF (QUOTE) WHAT DO YOU WANT [US] TO DO FOR YOU? WHEREBY, PLAINTIFF REPLIED: "GIVE ME SOME [ICE] TO FIX MY EYE; AND FIX MY BACK AND RIBS". DEFENDANT DOCTOR AARON GOSHINSKA THEN STATED: (QUOTE) "YOU COULD LOOSE YOUR EYE." AS HE WALKED OUT OF THE EMERGENCY ROOM.

IN APPROXIMATELY 5 MINUTES DEFENDANT DOCTOR AARON GOSHINSKA RETURNED AND[A] SHOT ANESTHESIA IN THE LEFT CORNER OF PLAINTIFF'S LEFT EYE, AND PROCEEDED TO MAKE 3-TO-4 SCISSOR CUTS IN THE LEFT CORNER OF PLAINTIFF'S LEFT EYE, WHICH CUTS PLAINTIFF DID NOT FEEL. DEFENDANT DOCTOR AARON GOSHINSKA THEN BEGAN TO MAKE APPROX. 4-TO-5 [MORE] SCISSOR CUTS TO THE [SUPERIOR] CRUS AREA OF PLAINTIFF'S LEFT EYE, BUT, BECAUSE DEFENDANT DOCTOR GOSHINSKA

_____

A: WITHOUT CONSENT

28 OF 62

FAILED TO ADMINISTER [ANY] LOCAL ANESTHESIA [WHAT-SO-EVER] TO THE SUPERIOR [OR] INFERIOR CRUS SURGICAL [AREA] PRIOR TO SAID [INSCISSIONS] PLAINTIFF [SCREAMED] TO THE TOP OF HIS LUNGS: FROM THE HORRIFIC PAIN OF [NON-ANESTHETIC] SCISSOR CUTS [ASSAULT AND BATTERY] TO THE [RAW] FLESH AND [NURVES] OF PLAINTIFF'S INNER EYE SOCKET, SUPERIOR AND INFERIOR CRUS.

PLAINTIFF THEN [SCREAMED] FOR THE DEFENDANT TO [STOP] THE SURGERY AND DEFENDANT DOCTOR GOSHINSKA STOPPED AND LEFT THE EMERGENCY ROOM FOR APPROX. 7 MINUTES WHILE PLAINTIFF LAY IN [LITERAL] SHOCK FROM SAID MEDICAL ASSAULT AND BATTERY.

DEFENDANT DOCTOR AARON GOSHINSKA RETURNED IN APPOXIMATELY 5-TO-7 MINS. AND STATED: " WE [MUST] CONTINUE, AND [AGAIN] [WITHOUT] CONSENT TO CONTINUE, AND [WITHOUT] [ANY] LOCAL [ANESTHESIA] TO THE [SURGICAL] [AREA] OF PLAINTIFF'S LEFT EYE, SAID DEFENDANT ADMINI-STERED APPROX. [4] [MORE] SCISSOR CUT TO THE [RAW] FLESH AND NURVES OF THE [INFERIOR] CRUS AND SOCKET OF PLAINTIFF'S LEFT EYE. WHEREBY, PLAINTIFF [AGAIN] SCREAMED AND YELLED FOR THE DEFENDANT DOCTOR AARON GOSHINSKA TO STOP BECAUSE OF THE [UNBARABLE] PAIN,

AT WHICH POINT SAID DEFENDANT STOPPED THE SURGICAL BATTERY AND ASSAULT, AND LEFT THE EMERGENCY ROOM FOR APPROX. 3 MINUTES, AND RETURNED WITH A FEMALE INTERN(OR SECOND DOCTOR); AND THEN FULLY EXPOSED THE ENTIRE SURGICAL AREA OF PLAINTIFF'S LEFT EYE TO SAID INTERN WITH HIS FINGERS AND STATED: (QUOTE)

" I WAS [SUPPOSED] TO CUT THE INFERIOR CRUS, BUT, I CUT THE SUPERIOR CRUS. SO I HAD TO [GO] [BACK] AND CUT THE INFERIOR CRUS. I WENT ALL THE WAY TO THE BONE" (UNQUOTE)

WHEREBY AT THAT POINT SAID FEMALE INTERN BEGAN TO LAUGH.

PLAINTIFF WAS HELICOPTERED TO UNIVERSITY METHODIST HOSPITAL IN TERRE HAUTE, INDIANA: TO [REPAIR] THE SURICALLY DAMAGED LEFT EYE OF THE PLAINTIFF, BUT, WAS TOLD THAT THERE WAS NOTHING THE DOCTOR COULD DO AT THAT TIME.

ON JUNE 16, 2023 PLAINTIFF WAS TAKEN [DIRECTLY] FROM THE HOSPITAL SURGERY TO [SQUALID] SUB-STANDARD CONDITIONS OF F.C.I. TERRE HAUTE SPECIAL HOUSING UNIT CELL-B15 WHERE FECES AND URIN TOILET WATER LEAKED FROM CELL TOILET OR NEIGHBORS CELL TOILET FLUSHES INTO CELL B-15 FOR 21 DAYS [WITHOUT] SURGICAL EYE COVERING OR MEDICAL TREATMENT OF THE 6/14-15/2023 INJURIES.

C: SEE [ATTACHMENT B]

# RACKETEERING ACTIVITY:
## OBSTRUCTION OF MAILS
### FOR FRAUDULENT CONCEALMENT OF LIABILITY

As a direct result of the above said United States Attorney General Sponsored; Federal Bureau of Prisons [Lynching] activity plaintiff filed a [Succession] of Civil Rights complaints and pleadings through the United State Mail Service, in the Special Housing Unit of Federal Correctional Institution of Terre Haute, Indiana; and on the [Following] dates the [Following] Legal Mail and Court Documents were mailed, by the plaintiff, and were shortly thereafter ['Unlawfully'] 'Obstructed' [from] the outgoing United States Mails Service in the Special Housing unit of F.C.I. Terre, Indiana: [by] or under the Direction and/or Supervisory control and/or Administrative Authority of defendants Warden T. Rule and/or Special Housing Unit ℅ Lt. D. Burleson, et al.:

4) On or about 6/2/2023:

The [Original] 6/16/2023 Complaint was Mailed to United States District Court, Southern District of Indiana [from] F.C.I. Terre Haute, Special Housing unit and [15] pages of the [Original] Complaint Document was 'Obstructed' and removed out of the United States Mail.

B) 8/12/2023:

[AMENDED] Complaint – 38 PAGES, 40 PAGE APPENDIX, SUPPORTING AFFIDAVIT, CERTIFICATE OF SERVICE, INDEX PAGE, AND COVER PAGE WAS MAILED TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF INDIANA [FROM] F.C.I. TERRE HAUTE, INDIANA SPECIAL HOUSING UNIT, AND THE [ENTIRE] 82 PAGE [AMENDED] COMPLAINT DOCUMENT WAS [OBSTRUCTED] AND [UN]LAWFULLY REMOVED FROM THE UNITED STATES MAIL SERVICE.

C) ON OR ABOUT 8/18/2023:

1) MOTION FOR JUDGMENT AND ADMINISTRATIVE REVIEW OF F.B.O.P. REGULATORY DISCIPLINARY PROCEDURES;
2) MOTION FOR SUBPOENA OF WITNESSES, DOCUMENTS, AND TANGIBLE VIDEO EVIDENCE; AND
3) MOTION FOR HABEAS CORPUS AD-TESTIFICANDUM

WAS MAILED TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA FROM THE SPECIAL HOUSING UNIT OF F.C.I. TERRE HAUTE, AND [All] 3 (THREE) PLEADING DOCUMENTS WERE [UN]LAW-FULLY [OBSTRUCTED] AND REMOVED FROM THE UNITED STATES MAIL SERVICE.

D) ON OR ABOUT 8/12/2023:

MORGAN & MORGAN, AND LAWLER & LAWLER SOLICITATION/LEGAL REPRESENTATION REQUEST PACKAGES [LEGAL Mail] WAS MAIL TO SAID ILLINOIS LAW OFFICES-CONTAINING THE 8/12/2023 [AMENDED] COMPLAINT, PLAINTIFF'S MEDICAL RECORDS, & 4 ADDITIONAL

LEGAL DOCUMENTS [EACH], and BOTH [ENTIRE] LEGAL PACKAGES WERE [Illegally] OBSTRUCTED and REMOVED [FROM] THE UNITED STATES MAIL SERICE IN THE SPECIAL HOUSING UNIT OF F.C.I. TERRE HAUTE, INDIANA.

WHEREBY, FROM 6/2/2023 - THRU - 9/11/2023 -TO-DATE THERE IS A [REASONABLE] INFERENCE, and THE COURT CAN REASONABLY [INFER], THAT F.C.I. DEFENDANTS OF TERRE HAUTE, INDIANA (OR THOSE THEY EMPLOY] IMPEDED, HINDERED, SUBVERTED, OBSTRUCTED, and OTHERWISE DEFEATED THE DUE COURSE OF JUSTICE IN THE [LAWFUL] [DELIVERY] OF THE UNITED STATES MAIL [TO] THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA, TERRE HAUTE.

## CONTINUING RACKETEERING ACTIVITY:

USE OF FEDERAL INTERSTATE AND FOREIGN COMMERCE TRAVEL FOR FRAUDULENT CONCEALMENT OF OBSTRUCTION OF UNITED STATES MAIL and FEDERAL RACKETEERING LIABILITY

## APPLICABLE CONTINUATION DOCTRINE

## 18 USC, SECTION 1962, 1964(b)(c)

AND IN A [ILLEGAL] CONTINUATION OF THE ABOVESAID OBSTRUCTION OF MAILS and FRAUDULENT CONCEALMENT RACKETEERING ACTIVITY F.C.I. TERRE HAUTE DEFENDANTS [CAUSED] THE PLAINTIFF TO BE [TRANSFERED] TO A [HOSTILE] (EXHIBIT-A) ACTIVE FEDERAL PRISON (and [NOT] A PROTECTIVE CUSTODY FACILITY) IN [TACIT]

33 OF 62

[RETALIATION] FOR [All] THE [aBoveSaiD] ComplaiNTS and CIVIL RIGHTS PLEADING DOCUMENTS: FiLED By THE PlaiNTIFF FROM 6/2/2023-THRU- 9/11/2023 -TO- DATE, as a FURTHERENCE, and CONTINUATION OF RACKETEERING ACTIVITY IN THE NATIONAL SEX OFFENDER SHAME, EXPlOTATION, SEGREGATION, RACKETEERING, 2ND FEDERAL PRISON EmployEE [LYNCHING] INDUSTRY (EXHIBIT-4) IN VIOlATION OF 42 USC, SECTION 1985(2)(3), 18 USC, SECTION 1962, 1964(b)(c), 2ND(d).

# COUNT II

## NATIONAL UNITED STATES DEPARTMENT OF JUSTICE : FEDERAL BUREAU OF PRISONS SEX OFFENDER SHAME, EXPLOITATION, SEGREGATION, RACKETEERING, and FEDERAL PRISON EMPLOYEE LYNCHING INDUSTRY

### — CONTINUING RACKETEERING LIABILITY —

- DESIGNATION and SENTENCE COMPUTATION CENTER
- FEDERAL TRANSFER CENTER, OKLAHOMA CITY, OK.
- F.C.I. GILMER, WEST VIRGINIA

## SUB — COUNTS V-THRU-VIII FAILURE TO PROTECT :

### PROTECTIVE CUSTODY RACKETEERING FRAUD

### APPLICABLE

### CONTINUATION DOCTRINE

35 OF 762

# SUB-COUNT-V

ON 8/24/2023 PLAINTIFF WAS TRANSFERED, THROUGH FEDERAL INTERSTATE AND FOREIGN COMMERCE TRAVEL, FROM F.C.I. TERRE HAUTE, INDIANA-TO-THE FEDERAL TRANSFER CENTER IN OAKLAHOMA CITY, OK., AND, UPON INTAKE / RECIEVING, WAS INFORMED BY A TRANSFER CENTER ADMINISTRATION EMPLOYEE OF PLAINTIFF'S DESIGNATION, BY DEFENDANT D.S.C.C., TO A ACTIVE / OPEN FEDERAL PRISON-FEDERAL CORRECTIONAL INSTITUTION OF GILMER, WEST VIRGINIA WHEREAFTER PLAINTIFF REQUESTED TO BE PLACED IN PROTECTIVE CUSTODY AND REQUESTED A PROTECTIVE CUSTODY APPLICATION AT EVERY STAGE OF THE INTAKE / RECIEVING PROCESS: BECAUSE PLAINTIFF WAS [AT RISK] OF SERIOUS PHYSICAL HARM DUE TO HIS CONVICTION OF A SEX OFFENSE, AND THE RESULTING PRE-VIOUS [BLINDNESS] AND INJURIES FOR THE SAME REASON THAT OCCURED IN F.C.I. TERRE HAUTE, INDIANA (SEE COUNT I, SUB-COUNTS I-THRU-IV ), AND WAS TOLD BY TRANSFER CENTER ADMINISTRATION AND SECURITY STAFF FROM RECIEVING-TO-HOUSING IN DORM 3-E-329 OF GENERAL POPULATION, THAT THERE WAS [NO] PROTECTIVE CUSTODY AT THE FEDERAL TRANSFER CENTER OF OAKLAHOMA CITY, OK., AND THAT IF PLAINTIFF WAS THREATENED OR ASSAULTED [THEY] WOULD SIMPLY MOVE THE PLAINTIFF TO [ANOTHER] GENERAL POPULATION DORM.

PLAINTIFF THEN SUBSEQUENTLY E-MAILED THE Following DEFENDANTS AND INFORMED THEM OF HIS BLINDNESS AND OTHER INJURIES IN F.C.I. TERRE HAUTE [DUE][TO HIS CONVICTION OF A SEX OFFENSE]; AND FORMALLY REQUESTED A MEDICAL Hold, PROTECTIVE CUSTODY, AND TO BE TRANSFERED TO A FEDERAL PROTECTIVE CUSTODY FACILITY BECAUSE OF BEING [AT RISK] OF PHYSICAL HARM:

1) FEDERAL TRANSFER CENTER HEAD WARDEN

2) ASSISTANT WARDEN OF OPERATIONS

3) S.I.S.

4) HEALTH SERVICES ADMINISTRATOR STOLYZAK

5) UNIT MANAGEMENT

6) SAFETY

AND FROM 8/24/2023 -THRU- 9/6/2023 THE ABOVESAID OAKLAHOMA CITY TRANSFER CENTER EMPLOYEE DEFENDANTS WERE DELIBERATELY INDIFFERENT AND FAILED TO RESPOND TO THE PLAINTIFF: WHO WAS [AT RISK] OF [FURTHER] SERIOUS PHYSICAL HARM WHILE IN THE GENERAL POPULATION OF THE FEDERAL TRANSFER CENTER IN OAKLAHOMA CITY, OK. WHERE [BOTH] INMATES AND OFFICERS ARE

ATTACKED AND STABBED REGULARLY.

PLAINTIFF HEREBY AVERS, THAT DEFENDANTS OF THE FEDERAL TRANSFER CENTER IN OAKLAHOMA CITY, OK. HAVE [UNLAWFULLY] VIOLATED PLAINTIFFS UNITED STATES CONSTITUTIONAL RIGHT` NOT TO BE SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT UNDER THE 8TH; AND RIGHT TO AN EQUAL PROTECTION OF LAWS GOVERNING THE PROTECTIVE CUSTODY RIGHTS OF [AT RISK] PRISONERS CONVICTED OF A SEX OFFENSE IN FEDERAL PRISON UNDER THE STANDARD SET BY THE UNITED STATES SUPREME COURT IN FARMER V. BRENNAN, 511 U.S. 825 (1994), AS THEIR PART IN FURTHERENCE OF THE [OVERALL] RACKETEERING [SCHEME] OF THE SEX OFFENDER SHAME, EXPLOITATION, SEGREGATION, RACKETEERING, AND FEDERAL PRISON EMPLOYEE LYNCHING INDUSTRY: TO DELIBERATELY CAUSE THE PLAINTIFF TO SUFFER [PROLONGED ANXIETY] AND ANGUISH WHILE BEING [UN] PROTECTED AS A INJURED SEX OFFENDER, [WITH ONE EYE] AT AGE 60, IN THE GENERAL POPULATION OF THE FEDERAL TRANSFER CENTER IN OAKLAHOMA CITY, OK. IN VIOLATION OF 42 USC, SECTION 1985 (2) (3), U.S. CONSTITUTION 8TH AMENDMENT, AND 18 USC, SECTION 1961-68.

WHEREBY, AFTER 2 WEEKS SAID DEFENDANTS [KNOWINGLY] TRANSFERED PLAINTIFF TO A [ACTIVE] AND VIOLENT FEDERAL PRISON IN GILMER, WEST VIRGINIA: WHERE SEX OFFENDERS ARE [TACITLY] "SENT, IN RETALIATORY REPRISAL, TO LIVE IN FEAR" AND AT [RISK] OF SERIOUS PHYSICAL HARM; AND WHERE, FOR EXAMPLE, UNIT A-3 COUNSELOR JARRED, ET AL., IS SAID TO REGULARLY [EXPOSE] SEX OFFENDER'S DIGITAL CASE COMPUTER INFORMATION TO VIOLENT PRISON GANG CAR LEADERS TO DELIBERATELY [ORCHESTRATE] VIOLENCE AGAINST SEX OFFENDERS WHO ARE DISFAVORED AMONG PRISON EMPLOYEES; AND WHERE ACCORDING TO THE SWORN AFFIDAVIT OF F.C.I. GILMER INMATE MICHAEL MARCON # 22274040 (EXHIBIT-A) SEX OFFENDERS ARE EXTORTED AND RAN OUT OF ASSIGNED PRISON CELL PLACEMENT BY PRISON CAR/GANG MEMBERS, AT KNIFEPOINT, WITH THREATS OF VIOLENCE, AND FORCED (EXHIBIT-A) TO REQUEST PROTECTIVE CUSTODY WHERE SECURITY STAFF, COUNSELING, AND UNIT TEAM EMPLOYEES [ALL] [TACITLY] [FAIL] TO HELP THE EXTORTED SEX OFFENDER BECAUSE OF THE [OVERALL] [SCHEME] (EXHIBIT-A) OF F.C.I. DEFENDANTS IN GILMER, WEST VIRGINIA WARDEN R. BROWN, & CAPTAIN ROANE, AND THE [ENTIRE] ADMINISTRATION OF PROTECTIVE CUSTODY [FRAUD] RACKETEERS. 18 USC, § 1964(b)(c)

AND WHERE THOUGH DEFENDANTS, UNITED STATES
DEPARTMENT OF JUSTICE, AND FEDERAL BURAEU
OF PRISONS HAVE [TACITLY] LISTED THE GENERAL
POPULATION OF F.C.I. GILMER WEST VIRGINIA,
ON ITS WEBCITE, AS A SEX OFFEND WALK
(DROP YARD) PRISON THE [HARSH] REALITY IS
THE COMPLETE [DIOMETRICALLY] OPPOSED AND
[DANGEROUS] OPPOSIT: WHICH [FRAUDULENTLY]
[CONCEALED] INSTITUTIONAL CIRCUMSTANCE HAS
PLACED THE PLAINTIFF IN [IMMINENT] DANGER OF
SERIOUS PHYSICAL HARM AND FURTHER INJURY:
THROUGH THE DANGER OF DEFENDANTS%LT.AVREY, AND
C/O LT.A. AYERS [ORDER OUT] [FRAUD] THROUGH [UN]-
CONSTITUTIONAL S.I.S. [THREAT ASSESSMENT] [FRAUD]
BY DEFENDANT C/O ALDRIDGE IN VIOLATION OF THE
8TH AMENDMENT IN THE UNITED STATES ATTORNEY GENERAL,
DEFENDANT [MERRICK B. GARLAND SPONSORED] SEX.
OFFENDER SHAME, EXPLOITATION, SEGREGATION, RAC-
KETEERING, AND FEDERAL EMPLOYEE PRISON
LYNCHING INDUSTRY. 42 USC, SECTION 1985(2)(3),
18 USC, SECTION 1962, 1964(b)(c), 28 USC, SECTION 1915(g)

## SUB-COUNT- VI
### FAILURE TO PROTECT

DESIGNATION SENTENCE AND COMPUTATION CENTER IMPLIED JOINT COURSE OF FEDERAL BURAEU OF PRISONS RACKETEERING FRAUD

PLAINTIFF AVERS, THAT THE FEDERAL DESIGNATION SENTENCE AND COMPUTATION CENTER (D.S.C.C.) KNEW OR REASONABLY SHOULD HAVE KNOWN THE VERY VIOLENT AND [DANGEROUSLY] ADVERS NATURE OF BOTH F.C.I. TERRE HAUTE, INDIANA FEDERAL PRISON [AND] F.C.I. GILMER, WEST VIRGINIA FEDERAL PRISON [AGAINST] THE HEALTH AND PHYSICAL SAFETY OF SEX OFFENDERS PRIOR TO DESIGNATING THE PLAINTIFF (AND [ANY] OTHER SEX OFFENDER [CLASS] INMATE) TO SAID FEDERAL PRISONS IN [RETALIATION] FOR CIVIL RIGHTS COMPLAINTS AGAINST FEDERAL EMPLOYEES IN ILLINOIS AND IN INDIANA. WHICH [EXPOSES] THE [CULPABLE INTENT] (MENSRE) OF DEFENDANTS D.S.C.C.'S [OVERT] EFFORTS, THROUGH THE [UNLAWFUL] USE OF FEDERAL INTERSTATE AND FOREIGN COMMERCE TRAVEL, OVER 500 MILES [OUTSIDE] PLAINTIFF'S [REGIONAL] AND FAMILY LOCATION TO [TACITLY] INSURE THAT THE PLAINTIFF WOULD SUFFER A DANGEROUS, UNSAFE, AND [UNPROTECTED] EXISTANCE IN A VERY [HOSTILE] PRISON ENVIRONMENT [AGAINST] THOSE CONVICTED OF SEX OFFENSES, WHILE AT THE SAME TIME HIDING [THE FEDERAL EMPLOYEE] HAND OF FRAUDULENT CONCEALMENT AND DECIEPTION

41 OF 62

IN RACKETEERING ACTIVITY TO [TACITLY] [CONCEAL] DEFENDANTS UNITED STATES DEPARTMENT OF JUSTICE [SCHEME] OF [DECADES] LONG [CRIMINAL ENTERPRISE] 2ND [LITERAL] `LYNCHING: BY a [SOPHISTICATED] NATION WIDE NETWORK OF FEDERAL PRISONS EMPLOYEES IN EVERY STATE UNDER THE FEDERAL JURISDICTION OF DEFENDANTS UNITED STATES ATTORNEY GENERAL MERRICK B. GARLAND, UNITED STATES DEPARTMENT OF JUSTICE, 2ND FEDERAL BURAEU OF PRISONS IN PROLONGED 2ND EXTENDED [DEADLY] [EVIL] AGAINST THE PLAINTIFF 2ND THE ENTIRE SEX OFFENDER [CLASS]. 42 USC, SECTION 1985 (2) (3), 18 USC, SECTION 1961-68.

WHICH [NATIONAL] FEDERAL PRISON EMPLOYEE [OVERT] [VERBLE] SEX OFFENDER SHAMING, EXPLOITATION (EXHIBIT-A), SEGREGATION, BRUTALIZATION, 2ND RACKETEERING, ACTIVITY, As a WHOLE, [IS] THE [CUMULATIVE] NATIONAL [CAMPAIGN] [OF] [REAL], 2ND [IS] A REAL, LYNCHING INDUSTRY. [UNCHECKED] BY THE FEDERAL COURTS OF THE UNITED STATES OF AMERICA. WHERE IN [ALL] FACT THE FEDERAL SEX OFFENDER HAS BECOME " THE NIGGER" OF THE [ANTI BELLUM] IN 21ST CENTURY FEDERAL PRISON.

## SUB - COUNT - VI

## FAILURE TO PROTECT

NATIONAL UNITED STATES DEPARTMENT OF
JUSTICE: FEDERAL BUREAU OF PRISONS:
SEX OFFENDER SHAME, EXPLOITATION, SEG-
REGATION, RACKETEERING, and FEDERAL
PRISON EMPLOYEE LYNCHING INDUSTRY

### F.C.I. Gilmer, WEST VIRGINIA

ON 9/6/2023 plaintiff WAS TRANSFERED, BY THE
USE OF FEDERAL INTERSTATE and FOREIGN COMMERCE
TRAVEL, FROM THE FEDERAL TRANSFER CENTER IN
OAKLAHOMA CITY, OK. -TO- FEDERAL CORRECTIONAL
INSTITUTION OF GILMER, WEST VIRGINIA; and UPON
EXITING THE FEDERAL TRANSFER AIRLIFT TRANSPORT
BUS at F.C.I. GILMER, WEST VIRGINIA plaintiff
REQUESTED TO BE placed IN PROTECTIVE CUSTODY
BECAUSE HE WAS [at RISK] OF SERIOUS physical
INJURY as a SEX OFFENDER IN F.C.I. GILMER;
and BECAUSE plaintiff HAD [ALREADY] SUFFERED
SERIOUS physical INJURY at F.C.I. TERRE HAUTE,
INDIANA-WHICH LEFT THE PLAINTIFF [TOTALLY]
[BLIND] IN HIS LEFT EYE, WITH a [UNTREATED]
FRACTORED LOWER BACK INJURY and a [UNTREATED]
FRACTORED RIBS BECAUSE OF HIS CONVICTION OF a
SEX OFFENSE IN FEDERAL PRISON. (EXHIBIT-A)

### - S. I. S. -
**SUBVERSION SCHEME**

PLAINTIFF THEN SPOKE TO [S.I.S.] OFFICER DEF-
ENDANT C/o **ALDRIDGE** and REQUESTED a PROTECTIVE

CUSTODY APPLICATION, AND TO BE PLACED IN PROTECTIVE CUSTODY DUE TO THE ABOVESAID REASONS WHICH MADE PLAINTIFF [AT RISK] OF SERIOUS PHYSICAL INJURY AS A SEX OFFENDER IN F.C.I. GILMER, WEST VIRGINIA.

DEFENDANT C/O ALDRIDGE THE STATED:

"BECAUSE THERE ARE OVER 200 INMATES IN THE SEX OFFENDER CAR (PRISON GANG) IN F.C.I. GILMER. I CAN [NOT] [ASSESS A THREAT] TO YOUR SAFETY IN F.C.I. GILMER. YOU NEED TO TALK TO THE UNIT MANAGER. BUT, WHAT I WILL TELL YOU [IS] THAT IF YOU DON'T GO OUT TO GENERAL POPULATION AND YOU GET FOUND GUILTY OF 3 ORDER OUTS: YOU CAN GET 4 MORE PEN POINTS AND [THEY] WILL PROBABLY SEND YOU TO THE U.S.P. DOWN THE ROAD WHERE YOU WILL PROBABLY LOOSE YOUR [OTHER] EYE IN GENERAL POPULATION OR SEGREGATION. IT MAKES NO DIF-FERENCE." UNQUOTE. (SEE EXHIBIT-A)

WHEREBY, PLAINTIFF SPOKE WITH THE UNIT MANAGER, REQUEST TO BE PLACED IN PROTECTIVE CUSTODY, AND WAS TAKEN TO DISCIPLINARY SEGREGATION FROM INTAKE / RECIEVING.

UNITED STATES SUPREME COURT
STANDARD FOR THE CONSTITUTIONAL
ANNALYSIS OF PROTECTIVE CUSTODY
FEDERAL REQUIREMENT
FARMER   V. BRENNAN, 511 U.S. 825 (1994)

- LEGAL   FACT -

IN FARMER V. BRENNAN (1994) THE UNITED STATES
SUPREME COURT RULED THAT THE [FEDERAL STANDARD]
OF SAFETY ANNALYSIS, THAT WOULD [CONSTITUTIONALLY]
[REQUIRE] a PRISONER TO BE PLACED IN PROTECTIVE
CUSTODY, WAS [NOT] THE THREAT OR EVEN IMMINENT
THREAT OF PHYSICAL HARM, BUT, TO [FULLY] [PROTECT]
THE SAFETY OF PRISON INMATES THE COURT SET
THE [HIGH] STANDARD OF PRISONER SAFETY at [KNOWING]
[THE RISK] OF a THREAT TO INMATE PHYSICAL
SAFETY. —THREAT ASSESSMENT FRAUD—

WHEREBY, FOR HIS PART IN THE FEDERAL BURAEU
OF PRISONS [NATIONAL] SEX OFFENDER PROTECTIVE
CUSTODY [FRAUD] AND RACKETEERING [SCHEME] THE
DEFENDANT C/O ALDRIDGE'S SO-CALLED [THREAT
ASSESSMENT] CONSTITUTES a [TACIT] ACT OF
PROTECTIVE CUSTODY [FRAUD] ROOTED IN SEX
OFFENDER [INMATE CLASS] EMPLOYEE PREJUDICE
IN VIOLATION OF THE FEDERAL KU KLUX KLAN
ACT at 42 U.S.C. SECTION 1985 (2)(3) IN THE
[EXACT] SAME MANNER OF THE [RACKETEERING]
[SCHEME] as IN F.C.I. TERRE HAUTE, INDIANA
BY S.I.S. EMPLOYEE DEFENDANT C/O LT.
PUTTOFF, (SEE COUNT-I, SUB-COUNTS I and II)
FOR THE [SOLE] PURPOSE TO UNLAWFULLY IMPEDE,
HINDER, SUBVERT, OBSTRUCT AND OTHERY DEFEAT THE

DUE COURSE OF JUSTICE IN SEX OFFENDER'S (IN THIS CASE THE PLAINTIFF'S) RIGHT TO PROTECTIVE CUSTODY IN FEDERAL PRISON IN FURTHERENCE [OF], AND THIRD INSTITUTION [IN] THE UNITED STATES DEPARTMENT OF JUSTICE SPONSORED SEX OFFENDER SHAME, EXPLOITATION, SEGREGATION, RACKETEERING, AND FEDERAL PRISON EMPLOYEE LYNCHING INDUSTRY AGAINST THE PLAINTIFF IN VIOLATION OF 18 USC, SECTION 1961-68, AND 42 USC, SECTION 1985(2)(3). WHICH HAS DEPRIVED THE PLAINTIFF OF AN EQUAL PROTECTION OF LAWS IN VIOLATION OF THE UNITED STATES CONSTITUTION 5TH AMENDMENT. (EXHIBIT-A)

46 OF 62

SUB-COUNT-VII
FAILURE TO PROTECT

• SUBVERSION SCHEME- S.H.U. LEUTENANT-
ORDER OUT RACKETEERING FRAUD


PLAINTIFF HEREBY AVERS, THAT FOR HIS PART, IN FUR-
THERENCE OF THE NATIONAL UNITED STATES DEPARTMENT
OF JUSTICE PROTECTIVE CUSTODY [FRAUD][SCHEME] F.C.I.
GILMER, WEST VIRGINIA, DEFENDANT C/O LT. A. AYERS
[FRAUDULENTLY] ACTIVATED THE FEDERAL BURAEU OF
PRISONS DISCIPLINARY PROCESS ON 9/12,18, AND 22/
2023, AND [FALSIFIED] A INSTITUTIONAL INCIDENT REPORT
ON THE 3(THREE) SEPARATE DATES (FOR THE PURPOSE OF
THE OVERALL [FRAUD SCHEME] IS REFERED TO AS THE ORDER
OUT' PROCESS) THAT [FALSELY INDICATED] THAT THE PLAIN-
TIFF LEFT GENERAL POPULATION OF F.C.I. GILMER
AND WAS ORDERED TO [RETURN] TO GENERAL POPULATION,
BY DEFENDANT C/O LT. A. AYERS, WHICH PLAINTIFF
REFUSED (EXHIBIT-#1,23; SUB-COUNTS I AND II TERRE HAUTE)
IN THE EXACT SAME MANNER OF THE [RACKETEERING]
[SCHEME] ORDER OUT FRAUD' AS IN F.C.I. TERRE
HAUTE BY DEFENDANT C/O LT. D. BURLESON. WHICH
ESTABLISHED A [PATTERN] FOR THE PURPOSE OF THE
RACKETEERING INFLUENCE AND CORRUPT ORGANIZATION
ACT AT 18 USC, SECTION 1961-68. (ATTACHMENT-A P.2-5)


PLAINTIFF ALSO AVERS, THAT DEFENDANT C/O LT. A. AYERS'
FRAUDULENT [ORDER OUT] DISCIPLINARY REPORTS WAS
SANCTIONED BY AN ACT OF [FRAUD] THROUGH THE
DEFENDANT C/O ALDRIDGES' [FRAUDULENT CONCEALMENT]


47 OF 62

OF THE PLAINTIFF'S 9/6/2023 FORMAL [OPEN] REQUEST FOR BOTH FEDERAL PROTECTIVE CUSTODY AND A PROTECTIVE CUSTODY APPLICATION: DUE TO THE PLAINTIFF BEING [AT RISK] OF SERIOUS PHYSICAL HARM-BECAUSE OF BEING CONVICTED OF A SEX OFFENSE IN FEDERAL PRISON; BECAUSE OF SERIOUS MEDICAL INJURIES AND CONDITIONS; AND BECAUSE OF [RETALIATORY] ACTIONS BY EMPLOYEE DEFENDANTS F.C.I. TERRE HAUTE, INDIANA UNDER UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF INDIANA CASE NO. 23-CV-306 IN FAILING TO SEND PLAINTIFF TO A PROTECTIVE CUSTODY FACILITY, BUT, IN RETALIATION FOR FEDERAL CIVIL RIGHTS ACTION AGAINST F.C.I. TERRE HAUTE DEFENDANTS (SEE COUNT-I, SUB-COUNTS III, AND IV),[CAUSED] PLAINTIFF TO BE [AGAIN] SENT [INTO HARMS WAY] TO A ACTIVE/OPEN FEDERAL PRISON AT F.C.I. GILMER. WHERE FROM 70-TO-100 SEX OFFENDER INMATES HAVE REQUEST PROTECTIVE CUSTODY, AND ARE HOUSED IN [DISCIPLINARY] SEGREGATION [INSTEAD] OF PROTECTIVE CUSTODY FOR SAFETY ISSUES WITH THE PRISON GANG CARS, AND SECURITY STAFF OF F.C.I. GILMER. (SEE EXHIBIT-A.)

PLAINTIFF HEREBY AVERS, THAT THE ABOVESAID FRAUDULENT CONCEALMENT: BY DEFENDANTS C/O ALDRIDGE, AND THE FRAUDULENT PROTECTIVE CUSTODY AND FEDERAL BURAEU OF PRISONS DISCIPLINARY PROCEDURE [ORDER OUT] SUBVERSON [SCHEME] BY

48 OF 62

DEFENDANT, SHU LEUTENANT, % A. AYERS; TO [UN]-
LAWFULLY [SHIFT] THE FEDERAL SEX OFFENDER INMATE
REQUEST FOR PROTECTIVE CUSTODY (IN THIS CASE THE
PlAINTIFF) [FROM] A INMATE PROTECTION REQUEST -
[TO] - A [FRAUDULENT] ACCUSATION OF DISCIPLINARY
VIOLATION OF REFUSING TO WORK/PGM ASSIGNMENT-
PROHIBITED ACT 306 - ARE CONTINUED ACTS IN
FURTHERENCE OF THE [PATTERN] OF RACKETEERING
INFLUENCE AND CORRUPT ORGANIZATION ACTIVITY
IN THE [EXACT] MANNER AS THOSE OF THE FEDERAL
BUREAU OF PRISON EMPLOYEE DEFENDANTS IN F.C.I.
TERRE HAUTE, INDIANA CASE NO. 23-CV-306, SOUTHERN
DISTRICT OF INDIANA. WHICH HAS FAILED TO PROTECT
THE PlAINTIFF BY: PROTECTIVE CUSTODY [FRAUD] THROUGH
S.I.S. UNCONSTITUTIONAL [THREAT ASSESSMENT]
[FRAUD]; 2) [UNLAWFUL] SUBVERSION OF THE FEDERAL
BUREAU OF PRISONS REGULATORY DISCIPLINARY PROCEDURE:
TO OBSTRUCT FEDERAL INMATE RIGHTS TO PROTECTIVE
CUSTODY WHILE [AT RISK] OF PHYSICAL HARM; AND 3)
LONG TERM DISCIPLINARY SEGREGATION, IN VIOLATION
OF THE 8TH AMENDMENT; THROUGH CAPRICIOUS ACTS
OF PROTECTIVE CUSTODY [FRAUD]; FRAUDULENT CON-
CEALMENT; DECIEPTION, AND FEDERAL GOVERNMENT
CORRUPTION IN THE SEX OFFENDER SHAME, EXPLOITATION,
RACKETEERING, AND FEDERAL PRISON
SEGREGATION, EMPLOYEE LYNCHING INDUSTRY. (ATTACHM. - 4, P. 2-5)
WHICH HAS, AS STATED ABOVE, CAUSED IRREPARABLE
INJURY TO THE PHYSICAL PERSON OF THE PlAINTIFF
IN THIS CAUSE.

AND HAS CAUSED FURTHER INJURY TO THE PLAINTIFFS
UNITED STATES CONSTITUTIONAL RIGHTS TO [DUE]
PROCESS AND EQUAL PROTECTION OF LAWS UNDER
THE 5TH AMENDMENT WHERE DEFENDANT TAYLOR
IN F.C.I. GILMER, AT UNIT DISCIPLINARY COMMITTEE
HEARINGS ON [411] 3 (THREE) INCIDENT REPORTS 9/12, 18,
AND 22/2023 SAID EMPLOYEE [TERSELY] REFUSED
TO ALLOW THE PLAINTIFF TO SUBMITT A INMATE
WRITTEN STATEMENT AS EVIDENCE IN HIS DEF-
ENSE OF THE SAID 9/12, 18, AND 22/2023 INCIDENT
REPORTS BY STATING: " I DON'T EXCEPT INMATE
WRITTEN STATEMENTS"(UNQUOTE.)(SEE EXHIBIT-1,2,3)

WHEREBY, FEDERAL BURAEU OF PRISON EMPLOYEE DE-
FENDANT C. TAYLOR, FOR HIS PART IN THE UNITED
STATES DEPARTMENT OF JUSTICE PROTECTIVE CUSTODY
SUBVERSION AND [FRAUD] [SCHEME]; OBSTRUCTED
PLAINTIFF'S UNIT DISCIPLINARY COMMITTEE HEARING
[RIGHT] TO SUBMIT A WRITTEN STATEMENT IN HIS
DEFENSE OF THE INCIDENT REPORT CHARGES; AND
THUS, OBSTRUCTED PLAINTIFF'S TO PRESENT THE S.I.S.
[THREAT ASSESSMENT] [FRAUD] AGAINST THE UNITED
STATES SUPREME COURT PROTECTIVE CUSTODY [AT RISK]
STANDARD OF FARMER V. BRENNAN, 511 U.S. 825 (1994);
[AND] TO PRESENT THE S.H.U. LEUTENANT [ORDER
OUT] [FRAUD] OF DEFENDANT C/O LT. A. AYERS, IN AN
[IMPLIED] JOINT COURSE OF RACKETEERING ACTIVITY CON-
DUCT TO [TACITLY] INTERFERE WITH THE CIVIL RIGHTS
OF THE PLAINTIFF IN THIS CAUSE. 42 USC, SECTION
1985 (2)(3).

RACKETEERING ACTIVITY :
OBSTRUCTION OF MAILS
TO FRAUDULENTLY CONCEAL LIABILITY
F.C.I. GILMER, W.V.

FROM 9/30/2023-THRU-10/21/2023 UNIT TEAM COUNSELOR C/o ICE WILLFULLY AND DELIBERATELY DENIED PLAINTIFF REASONABLE ACCESS TO THE COURT BY [FAILURE] TO TO APPEAR IN THE SPECIAL HOUSING UNIT OF F.C.I. GILMER, WEST VIRGINIA AND PROVIDE [LEGAL COPIES] AND [OUTGOING LEGAL MAIL] SERVICE TO THE PLAINTIFF OR THE ENTIRE SPECIAL HOUSING UNIT 4 GALLERY.

ON 10/19/2023 PLAINTIFF SPOKE WITH DEFENDANT C/o LT. A. AYERS AND INFORMED SAID SPECIAL HOUSING UNIT EMPLOYEE THAT PLAINTIFF WAS IN NEED OF LEGAL COPIES AND OUTGOING [LEGAL MAIL] [COLLECTION] PURSUANT TO A [COURT ORDERED DEADLINE] OF 10/19/2023: BY THE UNITED STATES DISTRICT, SOUTHERN DISTRICT OF INDIANA, BECAUSE C/o COUNSELOR ICE FAILED TO APPEAR IN THE SPECIAL HOUSING UNIT FROM 9/30/ 2023 – THRU-10/19/2023, AND PLAINTIFF'S COURT DEADLINE WAS THAT VERY DAY.

IN RESPONSE DEFENDANT C/o LT. A. AYERS STATED: " I WILL DO THE COPIES FOR YOU" (UNQUOTE)

SUBSEQUENTLY, ON 10/19/2023 DEFENDANT C/o A. AYERS MADE 2 (TWO) COPIES OF THE FOLLOWING LEGAL PLEADING DOCUMENTS FOR THE PLAINTIFF :

    A) COMBINED RESPONSE TO DEF. MTN. TO DISMISS...
    B) MOTION TO STRIKE DECLAR. OF FRED ROSHTO
    C) MOTION FOR RULE TO SHOW CAUSE
    D) MOTION FOR SUBPOENA DECES TECUM

ON 10/21/2023 UNIT TEAM DEFENDANT C/O COUNSELOR ICE APPEARED IN THE SPECIAL HOUSING UNIT AT F.C.I. GILMER, AND PLAINTIFF REQUESTED (FOR THE 5TH TIME) LEGAL COPIES AND OUTGOING LEGAL MAIL COLLECTION FROM SAID FEDERAL BURAEU OF PRISONS EMPLOYEE: FOR PLAINTIFF'S [2ND AMENDED] COMPLAINT [AND] OMNIBUS SHOW OF CAUSE PLEADINGS, AND WAS DENIED BOTH LEGAL COPIES [AND] OUTGOING LEGAL MAIL COLLECTION BY SAID FEDERAL BURAEU OF PRISON EMPLOYEE, WHO STATED (QUOTE):

"IF YOU GO OUT TO THE COMPOUND, YOU CAN GET YOUR OWN COPIES." (UNQUOTE)

WHEREBY, DEFENDANT C/O COUNSELOR ICE COMMITTED AN ACT OF [RETALIATORY] DENIEL OF ACCESS TO THE COURT, LEGAL COPIES AND OUTGOING LEGAL MAIL COLLECTION; AND [TACITLY] COMMITTED THE ACT OF [RETALIATORY] COERCSION OF A PROTECTIVE CUSTODY INMATE (THE PLAINTIFF) INTO A KNOWN RISK (EXHIBIT-A) OF BODILY HARM IN THE GENERAL POPULATION OF F.C.I. GILMER, WEST VIRGINIA: WERE THE PLAINTIFF [RIGHTFULLY] REQUESTED PROTECTIVE CUSTODY BECAUSE OF THE [KNOWN] [RISK] (EXHIBIT-A) OF [EMPLOYEE] [SPONSORED] PHYSICAL DANGER TO THE PLAINTIFF IN THE FEDERAL CORRECTIONAL INSTITUTION OF GILMER, WEST VIRGINIA [BECAUSE OF] THE SEX OFFENDER SHAME, EXPLOITATION, SEGREGATION, RACKETEERING AND FEDERAL PRISON EMPLOYEE [LYNCHING] INDUSTRY. 42 USC, SECTION 1985(2)(3), 18 USC, SECTION 1962, 1964 (b)(c)(d).

PLAINTIFF AVERS, THAT THE ABOVESAID [ABDICATION] OF FEDERAL BUREAU OF PRISONS EMPLOYEE [DUTY] TO PROVIDE [REASONABLE] ACCESS TO THE COURT, THROUGH [TIMELY] INMATE LEGAL COPY SERVICE AND OUTGOING LEGAL MAIL COLLECTION [AND DELIVERY] TO THE UNITED STATES DISTRICT COURT : BY FEDERAL BUREAU OF PRISONS UNIT TEAM, COUNSELING AND SECURITY STAFF EMPLOYEES IN THE SPECIAL HOUSING UNIT OF F.C.I. GILMER, WEST VIRGINIA IS PART OF A [UN]WRITTEN INSTITUTIONAL [POLICY] AND [CONTINUATION] OF UNITED STATES DEPARTMENT OF JUSTICE FEDERAL PRISON EMPLOYEE RACKETEERING ACTIVITY IN THE SAME [PATTERN] OF [CRIMINAL] [ENTERPRISE] CONDUCT AS IN F.C.I. TERRE HAUTE (REF. COUNT-I, SUB-COUNT-IV )— BASED ON THE FRAUDULENT CONCEALMENT OF FEDERAL BUREAU OF PRISONS [EMPLOYEE] CIVIL RIGHTS [LIABILITY] AND FEDERAL RACKETEERING LIABILITY AT 42 USC, SECTION 1985(2)(3) AND 18 USC, SECTION 1962, 1964(b)(c)(d) THROUGH THE WILLFUL, KNOWING, AND DELIBERATE [DESTRUCTION] OF [INMATES] CIVIL RIGHTS COMPLAINTS, PLEADINGS, AND LEGAL MAIL FROM THE [OUT GOING] UNITED STATES MAIL SERVICE COLLECTION : BY FIRST, FRAUDULENT CONCEALMENT BY SUBVERSION OF INMATE LEGAL DOCUMENT COPY SERVICE [UNIT TEAM] [PERSONEL] IN THE SPECIAL HOUSING UNIT AT F.C.I. GILMER FROM [INSTITUTIONAL] LAW LIBARY, EDUCATION DEPARTMENT, UNIT TEAM MEMBERS - UNIT MANAGER, CASE MANAGER, COUNSELOR - TO [NOW] - SPECIAL HOUSING UNIT [LEUTENENT] LEGAL [COURT DOCUMENT] COPY SERVICE. WHERE THERE [ALWAYS] EXIST A [BLAIRING] CONFLICT OF INTEREST WITH (AS IN THIS CASE) CIVIL RIGHTS COMPLAINTS AGAINST SPECIAL HOUSING UNIT SECURITY STAFF EMPLOYEES;

2ND SECOND, SUBVERSION OF OUT GOING LEGAL MAIL
COLLECTION FROM UNIT TEAM UNIT MANAGER, CASE
MANAGER OR COUNSELOR - TO [NOW] SPECIAL HOUSING
UNIT [LEUTENENT] SCREENING, [READING], PROCESSING
2ND [TACITLY] OBSTRUCTING [ALL] FEDERAL BURAEU
OF PRISON, [2ND] F.C.I. GILMER SPECIAL HOUSING
UNIT CIVIL RIGHTS COMPLAINTS 2ND PLEADINGS
AGAINST [THE SAME] LEGAL COPYING 2ND LEGAL MAIL
COLLECTING S.H.U. LEUTENENT(S), OR [ANY] OF HIS
SECURITY STAFF EMPLOYEES: FOR THE [SOLE PURPOSE]
TO READING, IMPEDE, HINDER, SUBVERT, OBSTRUCT, 2ND
OTHERWISE DEFEAT THE DUE COURSE OF JUSTICE IN
THE PLAINTIFFS UNITED STATES CONSTITUTIONAL RIGHTS
TO DUE PROCESS 2ND EQUAL PROTECTION OF LAWS
42 USC, SECTION 1985(2)(3) - KU KLUX KLAN ACT, 2ND
TO THE [UN]IMPEDED COPYING, COLLECTION, 2ND [DELIVERY]
OF INMATES (IN CASE THE PLAINTIFFS) UNITED STATES
FEDERAL CIVIL RIGHTS COMPLAINTS, PLEADINGS, 2ND
APPENDAGES LEGAL MAIL TO THE UNITED STATES
DISTRICT COURTS. 18 UNITED STATES CODE, OBSTRUCTION
OF MAILS: 18 USC, SECTION 1962, 1964(b)(C).

# COUNT-III
## SUB-COUNT - VIII

### FAILURE TO PROTECT RACKETEERING INTIMIDATION, AND INCORPORATED CONDITIONS OF CONFINEMENT FEDERAL BURAEU OF PRISONS EMPLOYEES F.C.I. GILMER

PLAINTIFF AVERS, THAT BOTH °F.C.I. TERRE HAUTE, INDIANA [2ND] °F.C.I. GILMER, WEST VIRGINIA DEFENDANTS, IN THIS CAUSE OF ACTION IN CIVIL RIGHTS LITIGATION, HAVE INFLICTED AN EXTENDED CUMULATIVE CAMPAIGN OF [PROLONGED] 'LYNCHING ACTIVITY, IN VIOLATION OF 42 U.S.C. SECTION 1985(2)(3) - EQUAL PROTECTION OF LAWS: CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS, BY AN [ALL] [SO-CALLED] WHITE CAST OF U.S. DEPARTMENT OF JUSTICE EMPLOYEES IN 3 (THREE) STATES, UNDER THE [SAME] PATTERN OF [RACKETEERING] PROTECTIVE CUSTODY [FRAUD], THAT HAS CAUSED IRREPARABLE INJURY TO THE PLAINTIFF'S PHYSICAL PERSON IN A [IMPLIED] JOINT COURSE OF CONDUCT, AND OFFICIAL [ANIMUS] AGAINST THE PLAINTIFF EXTENDING FROM FEBRUARY 2, 2023 - THRU - AUGUST 24, 2023 AT F.C.I. TERRE HAUTE IN THE STATE OF INDIANA - TO - F.C.I. GILMER IN THE STATE OF WEST VIRGINIA FROM 9/6/2023 - TO - DATE: AFTER SUFFERING [TOTAL] [BLINDNESS] IN THE LEFT EYE, A FRACTURED LOWER BACK, AND 2 FRACTURED RIBS, AND PROLONGED [SQUALID] SUB-STANDARD CONDITIONS OF CONFINEMENT IN THE [PROLONGED] LYNCHING CAMPAIGN OF THE EMPLOYEE DEFENDANTS OF F.C.I. TERRE HAUTE FROM 2/2/ 2023 - THRU - 8/24/2023 F.C.I. GILMER DEFENDANTS HAVE ACTED IN FURTHERENCE OF THE FEDERAL

# MEDICAL PATIENT RIGHTS
## AFFIDAVIT

PURSUANT TO 28 USC, SECTION 1746, UNDER PENALTIES AS PRESCRIBE BY LAW, THE UNDERSIGNED ANTHONY L. FLETCHER NO. 13596026, HEREBY CERTIFIES THAT HE IS THE MAKER OF THE FOREGOING: AFFIDAVIT AND REFUSAL OF MEDICAL TREATMENT DUE TO THE HUMAN RIGHTS DEPRIVATIONS HE HAS SUFFERED IN THE SPECIAL HOUSING UNIT AT FEDERAL CORRECTIONAL INSTITUTION OF GILMER, WEST VIRGINIA, AS DOCUMENT BELOW, THAT HE HAS READ THE CONTENTS THEREOF, AND THAT THE INFORMATION CONTAINED THEREIN IS TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE AND BELIEF:

BUREAU OF PRISONS EMPLOYEE PROLONGED[LYNCHING] AND RACKETEERING[SCHEME] THAT [BEGAN] IN TERRE HAUTE, INDIANA; AND HAVE OVERTLY EXTENDED A [CON-TINUATION] OF CONDITIONS OF CONFINEMENT ABUSE BY THE Following [CRUEL AND UNUSUAL] HUMAN RIGHTS DEPRIVATIONS: WHICH HAVE DEPRIVED THE PLAINTIFF OF HIS RIGHT, UNDER THE UNITED STATES CONSTITUTION 8TH AMENDMENT NOT TO SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT, AND EQUAL PRO-TECTION OF LAWS UNDER THE 5TH AMENDMENT:

## HUMAN RIGHTS DEPRIVATIONS

### SUB-STANDARD CONDITIONS OF CONFINEMENT
#### F.C.I. GILMER, WEST VIRGINIA

### SEGREGATION/
### SPECIAL HOUSING UNIT - 9/6/2023

* CLOTHING CHANGE DEPRIVATION:
   FROM 9/6/2023 - THRU - 9/15/2023 PLAINTIFF WAS [REPEATEDLY] DENIED A CHANGE OF CLOTHING BY [All] DEFENDANTS IN F.C.I. GILMER IN THIS CAUSE.

* BED/MATTRESS DEPRIVATION:
   FROM 9/6/2023 - THRU - 10/25/23 PLAINTIFF HAS BEEN [REPEATEDLY] DENIED A MATRESS BY DEFENDANT WARDEN R. BROWN AND [All] OTHER DEFENDANTS[2] IN F.C.I. GILMER; AND WAS GIVEN A COTTON MATT THAT SLIDES UNDER THE CELL DOOR FOR A MATTRESS BY DEFENDANTS[2].

2: CAPTAIN ROANE, C/O LT. AVREY, C/O LT. A. AYERS, C/O S. MEAR, C/O GUMP, C/O G. EVENS, C/O J. WELCH, C/O #UDSON

56 OF 62

• CELL SHOWER CURTAIN DEPRIVATION:

FROM 9/6/2023 - THRU - 9/13/2023 PLAINTIFF WAS
DEPRIVED OF [ANY] CELL [SHOWER CURTAIN][WHAT-SO-
EVER]; AND ON 9/13/2023 DEFENDANTS BROUGHT
THE PLAINTIFF A [TORN] AND [EFFECTIVELY] UN-
USABLE AND SOILED SHOWER CURTAIN FROM
AN EMPTY CELL.

• BASIC NECCESSITIES/HYGIENE
DEPRIVATION:

FROM 9/6/2023 - THRU - 9/15/2023 PLAINTIFF
WAS DEPRIVED OF TOOTH PASTE, TOOTH BRUSH, COMB,
AND DEODERANT; AND FROM 9/6/2023 - THRU -
9/23/2023 PLAINTIFF WAS DEPRIVED OF [ALL]
CELL CLEANING SUPPLIES CHEMICALS, MOP, BROOM,
ETC.; AND FROM 9/23/2023 TO 10/7/2023;
AND NO HOT WATER FROM 10/10/23 - TO - DATE.

• HAIR CUTT DEPRIVATION:

FROM 9/6/2023 - TO - DATE PLAINTIFF HAS BEEN
DEPRIVED OF A SEGREGATION HAIR CUTT; BY
DEFENDANTS, SPECIAL HOUSING UNIT LEUTENANT,
C/O LT AVREY AND C/O LT. A. AYERS, BLANKET "NO
S.H.U. HAIR CUTT POLICY."

• MEDICAL TREATMENT:

BACK BRACE, AND ACE BANDAGE
FROM 6/14/2023 - TO - DATE - DENIED

57 OF 62

- <u>LAUNDRY BAG DEPRIVATION:</u>

  FROM 9/6/2023 -THRU- 9/13/2023 PlaINTIFF
  WaS DEPRIVED OF A LAUNDRY BAG and
  UNABle TO PROCURE Clean Cloths.

- INDIGENT LEGAL Supplies
  <u>AND MATERIALS DEPRIVATION:</u>

  FROM 9/6/2023 -TO- DaTE PlaINTIFF Has BEEN
  DEPRIVED OF [All] INDIGENT LEGAL MaterialS
  and SuppleS OF TYPING PAPER, MANilla ENvelopes,
  LETTER SIZE ENvelopes, and POSTAGE STAMPS TO
  THE POINT WERE plaINTIFF Has Had TO, and STill
  IS, Sell HIS [FOOD] TO purchase POSTAGE STAMPS
  and ENVELOPES, **and INK PEN.**

- PERSONALLEGAL PROPERTY
  <u>DEPRIVATION:</u>

  FROM 8/24/2023 -TO- DATE PlaINTIFF Has BEEN
  DEPRIVED OF [All] PERSONAL; and LEGAL PROPERTY
  OF LEGAl Copies, DOCUMENTS, PleADINGS, MOTIONS,
  INDIVIDUAL NEEDS Plan and SENTENCE MONITORING
  **DATA**, COPIES OF Civil RIGHTS Complaints and PleADINGS:
  IN US. DISTRICT COURT, SOUTHERN DISTRICT OF Illinois
  CASE NO. 23-CV-1054; and SOUTHERN DISTRICT OF
  INDIANA CASE NO. 23-CV-306; and PlaINTIFF'S
  READING Glasses.

WHEREFORE, FOR THE AFORESAID Cruel and UNUSUAL TREATMENT and DEPRIVATION OF BASIC HUMAN RIGHTS and MEDICAL NECESSITIES OF LIFE, as STATED Above, WHICH ARE [NOT] INCIDENT TO THE [ORDINARY] STRESSES OF PRISON LIFE, AFFIANT is HEREBY MOVED BY REASON and PRESERVATION NECCESSITY to HERETOFORE [REFUSE] [All] *MEDICAL EXAMINATIONS, *CT SCANS, *M.R.I., *HOSTIPAL and/or *MEDICAL DOCTOR WRITS, *TEST FOR CANCER and/or [ANY] NON-INFECTIOUS DICEASES, *MEDICAL OPERATIONS and/or [ANY] SUCH MEDICAL RELATED ISSUE THat REQUIRES THE MEDICAL AUTHORIZATION OF THE <u>AFFIANT ANTHONY L. FLETCHER</u> # 13596026, WHILE IN F.C.I. Gilmer OR IN THE STATE OF WEST VIRGINIA, THat WOUld IMPEDE, HINDER, SUBVERT, OBSTRUCT, OR OTHERWISE DEFEAT THE IMMEDIATE TRansFER OF THE AFFIANT; and HEREBY REQUEST THat [all] MEDICAL HOLDS and/or MEDICAL WRITS BE LIFTED and TERMINATED.

_Anthony Fletcher_
A F F I A N T

10/4/2023
DATE

# DAMAGES

PLAINTIFF HEREBY REQUEST THE following RELIEF IN DAMAGES FOR CIVIL RIGHTS ABUSE and INJURIES SUFFERED BY THE PLAINTIFF IN THIS CAUSE; AND FOR RACKETEERING INFLUENCE and CORRUPT ORGANIZATION ACT CIVIL STATUTORY DAMAGES AGAINST THE DEFENDANTS As Follows UNDER 18 UNITED STATES CODE, SECTIONS 1962, 1964 (b),(c):

# DAMAGES

| COUNTS | MENTAL ANGUISH | CONSEQUENTIAL | PAIN AND SUFFERING | PUNITIVE |
|---|---|---|---|---|
| COUNT I SUB-COUNTS I – IV | | | | |
| MERRICK B. GARLAND | $5,000,000.00 | $5,000,000.00 | $65,000,000.00 | $5,000,000.00 |
| DEPT. OF JUSTICE | $3,000,000.00 | $3,000,000.00 | $3,000,000.00 | $6,000,000.00 |
| FED. BUREAU OF PRISONS | $3,000,000.00 | $3,000,000.00 | $3,000,000.00 | $6,000,000.00 |
| WARDEN T. RULE | $50,000.00 | $2,000,000.00 | $250,000.00 | $500,000.00 |
| C/O CAPT. DEUSELT | $50,000.00 | $2,000,000.00 | $250,000.00 | $500,000.00 |
| C/O LT. MACKELLAR | $30,000.00 | $100,000.00 | $20,000.00 | $10,000.00 |
| C/O LT. D. BURLESON | $50,000.00 | $2,000,000.00 | $250,000.00 | $500,000.00 |
| C/O LT. PUTTOFF | $30,000.00 | $100,000.00 | $20,000.00 | $10,000.00 |
| C/O D. BOYER | $10,000.00 | $10,000.00 | $5,000.00 | $10,000.00 |
| C/O BAIL | $10,000.00 | $10,000.00 | $5,000.00 | $10,000.00 |
| C/O M. VANSICKIE | $30,000.00 | $1,000,000.00 | $250,000.00 | $500,000.00 |
| C/O B. GREEN | $30,000.00 | $1,000,000.00 | $250,000.00 | $500,000.00 |
| C/O STORMENT | $25,000.00 | $20,000.00 | $10,000.00 | $10,000.00 |
| C/O DICKEY | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| C/O J. BRADLEY | $5,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| UNION HOSPITAL | $2,000,000.00 | $30,000,000.00 | $5,000,000.00 | $10,000,000.00 |
| DOCTOR AARON GOSHINSKA | $2,000,000.00 | $20,000,000.00 | $5,000,000.00 | $10,000,000.00 |
| DOCTOR ELIZABETH TRUEBLOOD | $2,000,000.00 | $10,000,000.00 | 5,000,000.00 | $10,000,000.00 |

TOTAL = $170,865,000.00

RACKETEERING INFLUENCE AND CORRUPT ORGINIZATION ACT
CIVIL DAMAGES

$25,000,000.00

TOTAL DAMAGES = $306,475,000.00

# DAMAGES CONT. P.2

| COUNTS II and III | MENTAL ANGUISH | CONSEQUENTIAL | PAIN and SUFFERING | PUNITIVE |
|---|---|---|---|---|
| SUB-COUNT(S) V | | $50,000,000.00 | | |
| MERRICK B. GARLAND | 5,000,000.00 | 5,000,000.00 | 5,000,000.00 | 5,000,000.00 |
| DEPART. OF JUSTC. | 3,000,000.00 | 3,000,000.00 | 3,000,000.00 | 6,000,000.00 |
| FED. BUR. OF PRISONS | 3,000,000.00 | 3,000,000.00 | 3,000,000.00 | 6,000,000.00 |
| O.K.C. | | $280,000.00 | | |
| WARDEN | 10,000.00 | 30,000.00 | 10,000.00 | 20,000.00 |
| H.S. ADMIN. STOI. | 10,000.00 | 30,000.00 | 10,000.00 | 20,000.00 |
| S.I.S. DEPT. | 10,000.00 | 30,000.00 | 10,000.00 | 20,000.00 |
| ASS. WARDEN OP. | 10,000.00 | 30,000.00 | 10,000.00 | 20,000.00 |
| SUB-COUNT(S) VI, VII, VIII F.C.I. GILMER | | 5,320,000.00 | | |
| WARDEN R. BROWN | 1,000,000.00 | 1,000,000.00 | 1,500,000.00 | 1,500,000.00 |
| CAPT. ROANE | 10,000.00 | 30,000.00 | 10,000.00 | 10,000.00 |
| C/O LT. AVREY | 10,000.00 | 30,000.00 | 10,000.00 | 10,000.00 |
| C/O LT. A. AYERS | 10,000.00 | 30,000.00 | 10,000.00 | 10,000.00 |
| C/O ALDRIDGE | 10,000.00 | 50,000.00 | 10,000.00 | 20,000.00 |
| C/O SMEARR | 10,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| C/O GUMP | 10,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| C/O S. EVENS | 10,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| C/O WELCH | 10,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| TOTAL = | | $55,610,000.00 | | |

RACKETEERING INFLUENCE
AND CORRUPT ORGANIZATION ACT
CIVIL DAMAGES

$25,000,000.00

61 OF 62

# JURY DEMAND

PLAINTIFF HEREBY REQUEST TRIAL BY JURY.

# CONCLUSION

WHEREFORE, FOR THE ABOVESAID REASONS PLAINTIFF REQUEST THE COURT TO RULE IN A JUDGMENT FOR THE PLAINTIFF IN THIS CAUSE.

_____
PLAINTIFF

10 / 7 / 2023
_____
DATE

62 OF 62

*DOUBLE SIDED DOCUMENT*

3:23-cv-230

# CERTIFICATE OF SERVICE

PURSUANT TO 28 USC, SECTION 1746, UNDER PENALTIES AS PRESCRIBED BY LAW, PLAINTIFF HEREBY CERTIFIES THAT HE HAS SERVED A COPY OF THE FOREGOING: CIVIL RIGHTS COMPLAINT, EXHIBIT-A, EXHIBIT #1 AND #3 SUPP. AFF.; MOTION TO PROCEED WITHOUT PAYMENT OF COST AND FEES; AND MOTION FOR EMERGENCY INJUNCTION; AND CERTIFICATE OF SERVICE TO All RELEVENT PARTIES IN THE FOREGOING CAUSE OF ACTION: BY SAID DOCUMENTS BEING FOREWARDED, BY THE PLAINTIFF, THROUGH THE UNITED STATES MAIL SERVICE, POSTAGE PREPAYED AND AFFIXED THERETO, TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRIGINIA, LOCATED AT 500 PIKE STREET, CLARKSBURG, WEST VIRGINIA 26301 ON NOVEMBER 5, 2023        .

_____
PLAINTIFF

11/5/2023
_____
DATE

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

- 2ND AMENDED COMPLAINT
  62 — PAGES

- APPENDIX A, B, C, #1, 3, 4
  ATTACHMENTS A, B
  20 — PAGES
- CERTIFICATE OF SERVICE
- SUPPORTING AFFIDAVIT
  2 — PAGES

THE FOREGOING 2ND AMENDED COMPLAINT HAS
A TOTAL OF 84 PAGES.