# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**ANTHONY L. FLETCHER,**

    Plaintiff,

v.                                          **CIVIL ACTION NO. 3:23-CV-230 (GROH)**

**MERRICK B. GARLAND, UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF PRISONS, R. BROWN, CAPTAIN ROANE, LT. AVREY, LT. A. AYERS, c/o C. TAYLOR, c/o ALDRIDGE, c/o SMEARR, c/o GUMP, c/o HUDSON, c/o S. EVANS, c/o J. WELCH, WARDEN JOHN DOE #1, STOLYZAK, SECURITY INVESTIGATION SERVICES DEPARTMENT (S.I.S.), WARDEN T. RULE, ASSISTANT WARDEN JOHN DOE #2, CAPTAIN DEUSCH, LT. MACKELLAR, LT. D. BURLESON, LT. PUTTOFF, c/o BOYER, c/o BAIL, c/o M. VANSICKLE, c/o B. GREENE, c/o STORMENT, c/o DICKEY, c/o J. BRADLEY, UNION HOSPITAL OF TERRE HAUTE, DR. AARON GOSHINSKA, DR. ELIZABETH TRUEBLOOD, DESIGNATION AND SENTENCE COMPUTATION CENTER (D.S.C.C.), and c/o ICE,**

    Defendants.

## ORDER DISMISSING CASE

On November 8, 2023, the *pro se* Plaintiff initiated the above-styled civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. Upon docketing the complaint, the Clerk

issued a Notice of Deficient Pleading and Intent to Dismiss which instructed the Plaintiff that this action could be dismissed without prejudice within 30 days because the pleading is not on a Court-approved form. ECF No. 4. On December 6, 2023, Plaintiff re-filed his complaint, as directed, in an action docketed as 3:23-CV-244.

Accordingly, it is **ORDERED** that 3:23-CV-230 is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and retired from the docket of this Court. It is further **ORDERED** that Petitioner's motions [ECF Nos. 2, 3] are **TERMINATED as MOOT**.

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to the *pro se* Plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED**: December 12, 2023

_____
GINA M. GROH
UNITED STATES DISTRICT JUDGE